**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Kenneth<br>First name<br><br>Martin<br>Middle name<br><br>Antos<br>Last name and Suffix (Sr., Jr., II, III) | Sheila<br>First name<br><br>Mae<br>Middle name<br><br>Neumann-Antos<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |  | Sheila M. Neumann |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4498 | xxx-xx-0715 |

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | 11512 Belmont Lake Dr., #101<br>Las Vegas, NV 89135<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | | Case number *(if known)* |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments.) If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  Kenneth Martin Antos
Debtor 2  Sheila Mae Neumann-Antos                                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.    I am not filing under Chapter 7. Go to line 18.

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Kenneth Martin Antos | /s/ Sheila Mae Neumann-Antos |
|---|---|
| Kenneth Martin Antos | Sheila Mae Neumann-Antos |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   May  6, 2022 | Executed on   May  6, 2022 |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                          Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Zachariah Larson                                        Date        May  6, 2022
Signature of Attorney for Debtor                                        MM / DD / YYYY

Zachariah Larson 7787
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone    702-382-1170                    Email address    zlarson@lzlawnv.com

7787 NV
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

    You are an individual filing for bankruptcy, and

    Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + $15 | trustee surcharge | |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|------:|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|------:|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 1,810,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 80,163.57 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $ 1,890,163.57 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,640,244.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | $ 313,297.68 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 58,922,515.29 |
| **Your total liabilities** | $ 60,876,056.97 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 7,015.71 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $ 7,391.23 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case and this filing: | |
|---|---|

Debtor 1      Kenneth Martin Antos
              First Name            Middle Name              Last Name

Debtor 2      Sheila Mae Neumann-Antos
(Spouse, if filing)    First Name            Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number _____

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                      12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

1.1

11512 Belmont Lake Dr., #101
Street address, if available, or other description


Las Vegas          NV        89135-0000
City              State      ZIP Code


Clark
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $481,900.00 | $481,900.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☑ **Check if this is community property**
(see instructions)

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                      Case number *(if known)* _____

| 1.2 | If you own or have more than one, list here: | | | |
|---|---|---|---|---|

**1.2**

4968 Mountain Foilage Dr.
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Las Vegas        NV        89148-0000
_____
City                State        ZIP Code

**Current value of the entire property?**    **Current value of the portion you own?**
$883,000.00                $883,000.00

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Clark
_____
County

- ■ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Rental property; going into foreclosure

**1.3**

If you own or have more than one, list here:

10180 Palazzo Marelli Ct.
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Las Vegas        NV        89148-0000
_____
City                State        ZIP Code

**Current value of the entire property?**    **Current value of the portion you own?**
$445,100.00                $445,100.00

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

Clark
_____
County

- ■ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Rental property; currently rented to daughter

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

$1,810,000.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                          Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | | | |
|---|---|---|---|

Make:    Cadillac
Model:    XTS AWD
Year:    2014
Approximate mileage:    30000
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$21,000.00    $21,000.00

| 3.2 | | | |
|---|---|---|---|

Make:    Dodge Ram
Model:    1500
Year:    2017
Approximate mileage:    34000
Other information:
Vehicle in control of daughter, and she makes the payments

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$22,000.00    $22,000.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

$43,000.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc. household furnishings; and tools.  See attached Exhibit A/B-6 | $6,600.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Misc. electronics.  See attached Exhibit A/B-7 | $250.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No

Official Form 106A/B                               Schedule A/B: Property                                          page 3

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | Case number *(if known)* | |

■ Yes.  Describe.....

| Misc. paintings and prints, crystal figures/candle holders; and Baby Grand Piano.  See attached Exhibit A/B-8 | $7,615.00 |
|---|---|

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Used clothing | $500.00 |
|---|---|

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Wedding band | $3,000.00 |
|---|---|

| Misc. jewelry items.  See attached Exhibit A/B-12. | $8,450.00 |
|---|---|

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| 7 cats | $0.00 |
|---|---|

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $26,415.00 |
|---|

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16.  **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | | Case number *(if known)* |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking; Acct No. 8201 | US Bank | $1,692.00 |
| 17.2. | Checking; Acct No. 5492 | US Bank | $1,808.00 |
| 17.3. | Checking; Acct No. 0911 | JPMorgan Chase Bank, N.A. | $0.94 |
| 17.4. | Checking; Acct No. 8391 | JPMorgan Chase Bank, N.A. | $73.44 |
| 17.5. | Checking; Acct No. 3477 | JPMorgan Chase Bank, N.A. | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes..................

Institution or issuer name:

| Institution or issuer name: | |
|---|---|
| Robinhood Account; Acct No. xxxxx8931 | $20.00 |
| Robinhood Account; Acct. No. xxxxx2179 | $3.91 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them...................

Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

Type of account:                          Institution name:

| Type of account: | Institution name: | |
|---|---|---|
| Pension | Pension Benefit Guaranty Corporation; Payments of $1,673.14 per month until deceased | Unknown |
| Pension | Harte Hanks, Inc. Pension Plan; Payments of $320.57 per month until deceased | Unknown |
| IRA | Ameritrade | $1,697.68 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | | Case number *(if known)* | |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

    | The Kenneth and Shelia Antos Living Trust Dated April 26, 2007, as amended | Unknown |
    |---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.
          Company name:                          Beneficiary:                     Surrender or refund
                                                                                   value:

---

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | | Case number *(if known)* |

| | | | |
|---|---|---|---|
| | Physicians LIfe Insurance Co.; Policy No. xxxxxx7077 | Sheila M. Neumann Antos | $0.00 |
| | Gerber Life Insurance Co.; Policy No. xxxx6014 | Ken Antos | $4,952.60 |
| | Gerber Life Insurance Co.; Policy No. xxxx9310 | Ken Antos | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| Judgment entered in pending Eighth Judicial District Court case No.  A-20-813439-B in favor of the Debtors for standing to pursue breach of contract against SJC Ventures Holding Company, LLC | Unknown |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**    $10,248.57

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes.  Describe.....

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | Case number *(if known)* | |

| Misc. office furnishings. See attached Exhibit A/B- 39. | $500.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes. Describe.....

41. **Inventory**
   ■ No
   ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes. Give specific information about them...................
   Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**............................................................................................................

| | $500.00 |
|---|---|

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | $0.00 |
|---|---|

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | $1,810,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $43,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $26,415.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $10,248.57 | |
| 59. | **Part 5: Total business-related property, line 45** | $500.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**                    + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $80,163.57 | Copy personal property total          $80,163.57 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,890,163.57 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                         4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 11512 Belmont Lake Dr., #101 Las Vegas, NV 89135  Clark County  Line from *Schedule A/B*: 1.1 | $481,900.00 | ■ | $550,000.00 | Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 10180 Palazzo Marelli Ct. Las Vegas, NV 89148  Clark County  Rental property; currently rented to daughter  Line from *Schedule A/B*: 1.3 | $445,100.00 | ■ | $7,911.09 | Nev. Rev. Stat. § 21.090(1)(z) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2014 Cadillac XTS AWD 30000 miles  Line from *Schedule A/B*: 3.1 | $21,000.00 | ■ | $15,000.00 | Nev. Rev. Stat. § 21.090(1)(f) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2014 Cadillac XTS AWD 30000 miles  Line from *Schedule A/B*: 3.1 | $21,000.00 | ■ | $6,000.00 | Nev. Rev. Stat. § 21.090(1)(z) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2017 Dodge Ram 1500 34000 miles  Vehicle in control of daughter, and she makes the payments  Line from *Schedule A/B*: 3.2 | $22,000.00 | ■ | $15,000.00 | Nev. Rev. Stat. § 21.090(1)(f) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Misc. household furnishings; and tools. See attached Exhibit A/B-6<br>Line from *Schedule A/B*: 6.1 | $6,600.00 | ■ $6,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| Misc. electronics.  See attached Exhibit A/B-7<br>Line from *Schedule A/B*: 7.1 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| Misc. paintings and prints, crystal figures/candle holders; and Baby Grand Piano.  See attached Exhibit A/B-8<br>Line from *Schedule A/B*: 8.1 | $7,615.00 | ■ $7,615.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| Used clothing<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| Misc. jewelry items.  See attached Exhibit A/B-12.<br>Line from *Schedule A/B*: 12.2 | $8,450.00 | ■ $2,385.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| Misc. jewelry items.  See attached Exhibit A/B-12.<br>Line from *Schedule A/B*: 12.2 | $8,450.00 | ■ $6,065.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| Checking; Acct No. 8201: US Bank<br>Line from *Schedule A/B*: 17.1 | $1,692.00 | ■ $1,692.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| Checking; Acct No. 5492: US Bank<br>Line from *Schedule A/B*: 17.2 | $1,808.00 | ■ $1,808.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(y) |
| Checking; Acct No. 5492: US Bank<br>Line from *Schedule A/B*: 17.2 | $1,808.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| Checking; Acct No. 0911: JPMorgan Chase Bank, N.A.<br>Line from *Schedule A/B*: 17.3 | $0.94 | ■ $0.94<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(y) |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | |
|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking; Acct No. 8391: JPMorgan Chase Bank, N.A.<br>Line from *Schedule A/B*: 17.4 | $73.44 | ■ $73.44<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(y) |
| Robinhood Account; Acct No. xxxxx8931<br>Line from *Schedule A/B*: 18.1 | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| Robinhood Account; Acct. No. xxxxx2179<br>Line from *Schedule A/B*: 18.2 | $3.91 | ■ $3.91<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| Pension: Pension Benefit Guaranty Corporation; Payments of $1,673.14 per month until deceased<br>Line from *Schedule A/B*: 21.1 | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| Pension: Harte Hanks, Inc. Pension Plan; Payments of $320.57 per month until deceased<br>Line from *Schedule A/B*: 21.2 | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| IRA: Ameritrade<br>Line from *Schedule A/B*: 21.3 | $1,697.68 | ■ $1,697.68<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |
| Gerber Life Insurance Co.; Policy No. xxxx6014<br>Beneficiary: Ken Antos<br>Line from *Schedule A/B*: 31.2 | $4,952.60 | ■ $4,952.60<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(k) |
| Misc. office furnishings. See attached Exhibit A/B- 39.<br>Line from *Schedule A/B*: 39.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(d) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■ No

   ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name       Middle Name       Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |
| **2.1** New Res-Shellpoint Mtg | Describe the property that secures the claim: | $253,770.00 | $481,900.00 | $0.00 |

| | | |
|---|---|---|
| **2.1** New Res-Shellpoint Mtg | **Describe the property that secures the claim:** | |
| Creditor's Name | 11512 Belmont Lake Dr., #101 Las Vegas, NV 89135  Clark County | |
| Attn: Bankruptcy Dept/Managing Agent 55 Beattie Place Greenville, SC 29601 | **As of the date you file, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Number, Street, City, State & Zip Code | **Nature of lien.** Check all that apply. | |
| **Who owes the debt?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ☑ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☑ Check if this claim relates to a community debt | ☑ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ☑ Other (including a right to offset)   Deed of Trust | |
| **Date debt was incurred**   Opened 12/06  Last Active 4/22 | **Last 4 digits of account number**   6138 | |

| Debtor 1 | Kenneth Martin Antos | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Sheila Mae Neumann-Antos | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | Rushmore Loan Management Services | | $177,000.00 | $445,100.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

10180 Palazzo Marelli Ct. Las Vegas, NV 89148  Clark County
Rental property; currently rented to daughter

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 55004
Irvine, CA 92619

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  Deed of Trust

Date debt was incurred  Opened 10/29/12 Last Active 7/14/20

**Last 4 digits of account number**  7516

---

| 2.3 | Santander Consumer Usa | | $20,169.00 | $22,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

2017 Dodge Ram 1500 34000 miles
Vehicle in control of daughter, and she makes the payments

Attn: Bankruptcy Dept/Managing Agent
Po Box  961211
Fort Worth, TX 76161

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  Opened 04/21  Last Active 1/13/22

**Last 4 digits of account number**  1000

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor 1 | Kenneth | Martin | Antos | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Sheila | Mae | Neumann-Antos | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | Select Portfolio Servicing | Describe the property that secures the claim: | $934,375.00 | $883,000.00 | $51,375.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Attn: Bankruptcy
Dept./Managing Agent
PO Box 65250
Salt Lake City, UT 84165

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

4968 Mountain Foilage Dr. Las Vegas,
NV 89148  Clark County
Rental property; going into foreclosure

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

| Date debt was incurred | Opened 04/07  Last Active 07/19 | Last 4 digits of account number | 0503 |
|---|---|---|---|

| 2.5 | Specialized Loan Serving | Describe the property that secures the claim: | $254,930.00 | $883,000.00 | $254,930.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Attn: Bankruptcy
Dept/Managing Agent
Po Box 630147
Littleton, CO 80163

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

4968 Mountain Foilage Dr. Las Vegas,
NV 89148  Clark County
Rental property; going into foreclosure

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

| Date debt was incurred | Opened 05/07  Last Active 07/19 | Last 4 digits of account number | 0497 |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,640,244.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,640,244.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | |
|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ____  $313,297.68   Unknown   Unknown |
| | Priority Creditor's Name | |
| | Attn: Bankruptcy Dept/Managing Agent | **When was the debt incurred?** ____ |
| | P.O. Box 7346 | |
| | Philadelphia, PA 19101 | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| | **Who incurred the debt?** Check one. | ☐ Contingent |
| | ■ Debtor 1 only | ☐ Unliquidated |
| | ☐ Debtor 2 only | ■ Disputed |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| | ■ No | ☐ Other. Specify _____ |
| | ☐ Yes | Trust fund liability |

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 | 23330 Moulton Parkway, LLC | Last 4 digits of account number _____ | $194,400.00 |

Nonpriority Creditor's Name
Attn: Managing Member
30012 Ivy Glenn Dr., Ste. 200
Laguna Niguel, CA 92677

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    11/13/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Debtor personally guaranteed Commercial Lease Agreement for premises located at 2169 Sunset Blvd., Ste. 400, Rocklin CA.

| 4.2 | 5148 Spanish Heights, LLC | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Mushkin & Coppedge
Attn: Michael Mushkin
6070 S. Eastern Avenue Suite 270
Las Vegas, NV 89119

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Notice Only

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                     Case number (if known) _____

| 4.3 | 5801 Preston Road Holding LP | Last 4 digits of account number _____ | $24,246.00 |

Nonpriority Creditor's Name
c/o UCR Assets Services
Attn:  Managing Member
7001 Preston Rd., Ste. 215
Dallas, TX 75205
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 4021 Preston Rd., Ste. 616 Plano TX

☐ Yes

■ Other. Specify

---

| 4.4 | Accelerated Tax Solutions | Last 4 digits of account number _____ | $4,100.00 |

Nonpriority Creditor's Name
Edward Warren
9838 Baymeadows Rd., Ste. 335
Jacksonville, FL 32256
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   Services

☐ Yes

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known)

| 4.5 | Allied Collection Serv | Last 4 digits of account number | 7001 | $118.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
3080 S Durango Dr
Las Vegas, NV 89117
Number Street City State Zip Code

**When was the debt incurred?**   Opened 02/18

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Collection Attorney Amari Aultman Crna

| 4.6 | Ally Financial | Last 4 digits of account number | 7516 | $8,408.82 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankr. Dept./Managing Member
P.O. Box 380902
Bloomington, MN 55438-0902
Number Street City State Zip Code

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease deficiency

| 4.7 | Alpine Creek Capital | Last 4 digits of account number | | $3,000,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Bryan Galligan
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

**When was the debt incurred?**   2015/2016

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt: Note

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                        Case number (if known) _____

---

| 4.8 | Alton Retail | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Bewley Lassleben & Miller LP
13215 East Penn Ste., Ste. 510
Whittier, CA 90602

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Notice

---

| 4.9 | American Express | Last 4 digits of account number  3022 | $92,049.21 |

Nonpriority Creditor's Name
c/o Sean M. Ambrose, Esq.
Michael & Associates P.C.
1850 E. Flamingo Rd. #204
Las Vegas, NV 89119

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business Debt:  Incurred under PBRI

---

| 4.10 | Amex | Last 4 digits of account number  4823 | $204,186.88 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.o. Box 981537
El Paso, TX 79998

When was the debt incurred?    Opened 09/96  Last Active 11/15

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Judgment

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                        Case number (if known) _____

| 4.1 1 | Amex | Last 4 digits of account number | 4043 | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.o. Box 981537
El Paso, TX 79998

**When was the debt incurred?**    Opened  9/20/96  Last Active 8/28/15

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Credit Card

**Is the claim subject to offset?**

■ No
☐ Yes

| 4.1 2 | Amex | Last 4 digits of account number | 4333 | Unknown |

Nonpriority Creditor's Name

P.o. Box 981537
El Paso, TX 79998

**When was the debt incurred?**    Opened  9/20/96  Last Active 8/28/15

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Credit Card

**Is the claim subject to offset?**

■ No
☐ Yes

| 4.1 3 | Amex | Last 4 digits of account number | 3163 | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.o. Box 981537
El Paso, TX 79998

**When was the debt incurred?**    Opened 09/96  Last Active 03/16

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Credit Card

**Is the claim subject to offset?**

■ No
☐ Yes

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

---

**4.14**

**Baker Architecture, Inc.**
Nonpriority Creditor's Name
c/o Gary S. Barthel, Esq.
Military Law Center, Inc.
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $150,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     Business debt: Services

---

**4.15**

**Bank of America**
Nonpriority Creditor's Name
c/o Nathan Kanute, Esq.
Snell & Wilmer LLP
50 Liberty Street, Ste. 510
Reno, NV 89501-1961
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $573,867.00

**When was the debt incurred?**     2/2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     Business debt:  Judgment entered in the Central District of California

---

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.16 | Bank of Nevada | Last 4 digits of account number _____ | $225,000.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/ Managing Agent

2700 West Sahara Avenue

Las Vegas, NV 89102

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Note due on Elements Restaurant

| 4.17 | Bank of Nevada | Last 4 digits of account number _____ | $137,000.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/ Managing Agent

2700 West Sahara Avenue

Las Vegas, NV 89102

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Loan on daughter's house

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known)

| | | |
|---|---|---|
| 4.1 8 | **Bank of Nevada** | **Last 4 digits of account number** _____ $67,000.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/ Managing
Agent
2700 West Sahara Avenue
Las Vegas, NV 89102
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Personal guarantee on note due on Social Restaurant

---

| | | |
|---|---|---|
| 4.1 9 | **BH Management, Inc.** | **Last 4 digits of account number** _____ Unknown |

Nonpriority Creditor's Name
Attn:  Managing Member
11111 Santa Monica Blvd. Ste. 600
Los Angeles, CA 90025
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   1/12/2016

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Judgment creditor in Case No. 16-00023

---

| | | |
|---|---|---|
| 4.2 0 | **Brian Campbell** | **Last 4 digits of account number** _____ $5,000.00 |

Nonpriority Creditor's Name
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.2 1 | Bryan Galligan | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

When was the debt incurred?    2015/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Note

| 4.2 2 | BTC Trust Company of SD | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o David Gutke, Esq.
Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Judgment on personal guarantee; See Simpson IV, LLC

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.2 3 | C and A Santa Ana Living Family Trust | Last 4 digits of account number _____ | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

c/o Bryan Galligan

Alpine Creek Capital

21 Sea Grape Rd.

Ladera Ranch, CA 92694

**When was the debt incurred?**    2015/2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Promissory Note/warrant to purchase membership interests

| 4.2 4 | California Franchise Tax Board | Last 4 digits of account number   6424 | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn:  Bankruptcy Dep't/Managing Agent

P.O. Box 942840

Sacramento, CA 94240-0040

**When was the debt incurred?**    5/2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: KCI Investments, LLC state taxes

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos _____   Case number (if known) _____

| 4.2 5 | Capital One Bank Usa | Last 4 digits of account number | 0709 | $54.53 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
15000 Capital One Dr.
Richmond, VA 23238
Number Street City State Zip Code

**When was the debt incurred?**   Opened  9/15/05  Last Active 11/24/15

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Credit Card

---

| 4.2 6 | Capital One Bank Usa N | Last 4 digits of account number | 9306 | $2,457.00 |

Nonpriority Creditor's Name
Po Box 31293
Salt Lake City, UT 84131
Number Street City State Zip Code

**When was the debt incurred?**   Opened 12/03  Last Active 1/05/22

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.2 7 | Capital One Bank Usa N | Last 4 digits of account number | 4214 | $2,429.00 |

Nonpriority Creditor's Name
Po Box 31293
Salt Lake City, UT 84131
Number Street City State Zip Code

**When was the debt incurred?**   Opened 09/05  Last Active 02/22

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.28 | Capital One Bank Usa N | Last 4 digits of account number | 4762 | $1,303.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing
Agent
Po Box 31293
Salt Lake City, UT 84131

**When was the debt incurred?**   Opened 09/98  Last Active 1/11/22

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.29 | Capriotti's Sandwich Shops Inc. | Last 4 digits of account number | | $160,000.00 |

Nonpriority Creditor's Name
Attn: Managing Member
6056 S. Durango Drive., Ste. 100
Las Vegas, NV 89113

**When was the debt incurred?**   2015-2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Franchise termination fee due

---

| 4.30 | Capriotti's Sandwich Shops Inc. | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
Attn: Managing Member
6056 S. Durango Drive., Ste. 100
Las Vegas, NV 89113

**When was the debt incurred?**   2015/2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

---

Debtor 1　Kenneth Martin Antos

Debtor 2　Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.3<br>1 | CBC Partners I, LLC | | $2,975,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

Attn:  Managing Member
305 108th Ave. NE, Suite 101
Bellevue, WA 98004

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　Business debt:  Senior Secured Lender to PRBI, guaranteed by Debtor

| 4.3<br>2 | Charles and Kathleen Stelzner Trust | | $300,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

Charles Stelzner, Trustee
c/o Gregory S. Mills, Esq.
703 S. 8th Street
Las Vegas, NV 89101

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 　2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　Business debt: personal guarantee for business loan

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | |
|---|---|---|
| **4.3.3** | Chase | |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent

P.O. Box 15298

Wilmington, DE 19850

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    2305    $52,798.68

**When was the debt incurred?**    Opened  4/12/13  Last Active 11/01/15

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business Debt:  Credit Card

---

| | | |
|---|---|---|
| **4.3.4** | Chase | |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent

P.O. Box 15123

Wilmington, DE 19850-5123

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    6415    $49,156.32

**When was the debt incurred?**    2/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Credit card

---

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known)

| 4.3 5 | Chase | Last 4 digits of account number | 3874 | | $11,760.11 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/ Managing Agent
PO Box 15123
Wilmington, DE 19850-5123

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Charge account

| 4.3 6 | City National Bank | Last 4 digits of account number | 5247 | | $3,011,109.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
Gate Way Air
Wilmington, DE 19801

Number Street City State Zip Code

**When was the debt incurred?**    Opened 10/10  Last Active 01/22

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No


☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    First Deed of Trust for 5148 Spanish Heights Dr., Las Vegas Nevada, possible deficiency, foreclosed on February 1, 2022

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                          Case number (if known) _____

| | | |
|---|---|---|

**4.37**

Community Management Group
Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
2450 Box Canyon Dr.
Las Vegas, NV 89128
Number Street City State Zip Code

**Last 4 digits of account number** _____        $150.00

**When was the debt incurred?** _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  HOA for property located at 10180 Palazzo Marcelli Ct., Las Vegas, Nevada

**4.38**

Craig A. Bernstein, Esq.
Nonpriority Creditor's Name
3710 Rawlins Street, Ste. 1300
Dallas, TX 75201
Number Street City State Zip Code

**Last 4 digits of account number** _____        $12,403.56

**When was the debt incurred?**   12/15/2015

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt:  Judgment in State court action in Tarrant County, TX; Cause No. 2015-007262-3

**4.39**

Crown Holdings III, LLC
Nonpriority Creditor's Name
c/o York Enterprises, Inc., Manager
17350 W. Sunset Blvd., #303
Pacific Palisades, CA 90272
Number Street City State Zip Code

**Last 4 digits of account number** _____        $57,536.17

**When was the debt incurred?**   8/2016

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt: guarantee lease obligation

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.40 | CT Communications | Last 4 digits of account number _____ | $981,700.00 |

Nonpriority Creditor's Name
c/o R. Spencer Shytles, Esq.
Grahm Bright & Smith
1401 Burnham Drive
Plano, TX 75093
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    12/31/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Judgment entered 12/31/2015 in the County Court of Dallas County, Texas, for breach of contract re Commercial Lease Agreement.

| 4.41 | Ctz Comm Fed | Last 4 digits of account number    5929 | $1,924.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 218
Altoona, WI 54720
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    Opened  7/18/13  Last Active 11/17/15

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Installment Sales Contract

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.4 2 | Cynthia Minerich | Last 4 digits of account number _____  _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2179 Sawtooth Mountain Dr.
Henderson, NV 89044
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

| 4.4 3 | David Becklean | Last 4 digits of account number _____  _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Tina Becklean
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

| 4.4 4 | Dewayne Zinkin | Last 4 digits of account number _____  _____ | $270,270.00 |
|---|---|---|---|

Nonpriority Creditor's Name
dba West Point Shopping Center
5 River Park West, Ste. 203
Fresno, CA 93720
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No



☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 37842 W. Shaw, Fresno, CA.

Debtor 1   Kenneth Martin Antos

Debtor 2   Sheila Mae Neumann-Antos                                      Case number (if known) _____

| | | |
|---|---|---|

**4.45**

**Dino Davinci**
Nonpriority Creditor's Name
9976 Sable Point St.
Las Vegas, NV 89178
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          $250,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal Note

---

**4.46**

**Donahoe Schriber Realty Group LP**
Nonpriority Creditor's Name
Attn:  Managing Member
P.O. Box 6157
Hicksville, NY 11802-6517
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**Last 4 digits of account number** _____          $430,116.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 18529 Brookhurst St., Fountain Valley CA

---

**4.47**

**Donald Porges**
Nonpriority Creditor's Name
1880 Congress Ave.
Boynton Beach, FL 33426
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                        Case number (if known) _____

| 4.48 | Doremore Family Notes | Last 4 digits of account number _____ | $18,742,773.80 |

Nonpriority Creditor's Name
c/o Tim R. Shattuck/Jordan J. Feist
300 S. Phillips Ave., Ste. 300
PO Box 5027
Sioux Falls, SD 57117-5027

When was the debt incurred?    2015/2016

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Litigation for personal notes; 41CIV19-000501

---

| 4.49 | Dr. Albert Sukut | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2900 Bristol St., C102
Costa Mesa, CA 92626

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal note

---

| 4.50 | Dr. Rober Houchin | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1125 McCarron Blvd., Ste. 107
Glenbrook, NV 89413

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Notice

---

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                        Case number (if known) _____

| 4.5 1 | Dykema Gossett PLLC | Last 4 digits of account number _____ | $250,000.00 |

Nonpriority Creditor's Name

Attn: Brian Colao

400 Renaissance Center

Detroit, MI 48243

Number Street City State Zip Code

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Notice

| 4.5 2 | E&H Distributing Company, Inc. | Last 4 digits of account number _____ | $18,213.69 |

Nonpriority Creditor's Name

dba U.S. Foodservice /dba Outwest Meat

c/o Beverly Salhanick, Esq.

2001 S. Jones Blvd., Ste. I

Las Vegas, NV 89146

Number Street City State Zip Code

**When was the debt incurred?**    1/15/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Judgment State court action in District Court, Clark County, NV; Case No. A-16-730351-C

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.5 3 | Ethan Conrad Properties Inc. | Last 4 digits of account number _____ | $261,578.00 |

Nonpriority Creditor's Name

Attn: Managing Member
1300 National Dr., Ste. 100
Sacramento, CA 95834

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 5015 Foothills Blvd., Ste. 4, Roseville, CA.

| 4.5 4 | Express Working Captial, LLC | Last 4 digits of account number _____ | $256,320.00 |

Nonpriority Creditor's Name

Attn:  Managing Member
4890 Alpha Rd., Ste. 200
Dallas, TX 75244

Number Street City State Zip Code

**When was the debt incurred?**    1/12/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Judgment State court litigation in the District Court, Dallas County, TX; Case No. 16-00023

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.5 5 | FoodServiceWarehouse.com LLC | Last 4 digits of account number _____ | $11,628.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing
Agent
84 Inverness Circle East
Englewood, CO 80112

When was the debt incurred?    2014

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business debt: vendor

| 4.5 6 | Forest City Residential Mgmt., Inc. | Last 4 digits of account number _____ | $322,781.00 |

Nonpriority Creditor's Name
Attn: Managing Member
1800 Main Street
Dallas, TX 75201

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business debt: Debtor personally guaranteed Commercial Lease Agreement for premises located at 1704 Main Street, Dallas TX

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                  Case number (if known) _____

| 4.5 7 | Gary S. Barthel | Last 4 digits of account number _____ | $7,266.46 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
2173 Salk Ave. Suite 250
Carlsbad, CA 92008
Number Street City State Zip Code

When was the debt incurred?   4/4/2022

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Attorney Fee's

| 4.5 8 | Great Wash Park, LLC | Last 4 digits of account number _____ | $90,000.00 |

Nonpriority Creditor's Name
c/o Terry A. Moore,Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Judgment, Debtor personally guaranteed Commercial Lease Agreement for premises located in Tivoli

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.5 9** | Great Wash Park, LLC | **Last 4 digits of account number** _____    $41,146.00 |

Nonpriority Creditor's Name

c/o Terry A. Moore,Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located in San Marcos CA

| | | |
|---|---|---|
| **4.6 0** | Half Dental Franchise | **Last 4 digits of account number** _____    $3,000,000.00 |

Nonpriority Creditor's Name

c/o Gregory N. Hoole
Hoole & King, L.C.
4276 Highland Drive
Salt Lake City, UT 84124

Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Notice

Debtor 1   Kenneth Martin Antos

Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.6 1 | Hanford-Armona Property, LLC | Last 4 digits of account number _____ | $197,120.00 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Siegal & Company
Attn: Managing Member
1616 W. Shaw
Fresno, CA 93711

When was the debt incurred?   _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 75 W. Hanford Armona, Lemoore, CA

| 4.6 2 | Hillcrest Development Partners, LLC | Last 4 digits of account number _____ | $427,009.00 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Charles Dunn Co.
800 W. 6th Street
Los Angeles, CA 90017

When was the debt incurred?   _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 140 N. Promenade, Long Beach, CA

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | |
|---|---|---|
| 4.6 3 | Huann Ching and Ching Tang | Last 4 digits of account number _____ $214,890.00 |

Nonpriority Creditor's Name

c/o Tiner Properties, Inc.
Attn: Managing Member
6837 Fair Oakes Blvd.
Carmichael, CA 95608

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at  7359 Greenback, Citrus Heights, CA

| | | |
|---|---|---|
| 4.6 4 | Hyundai Capital America | Last 4 digits of account number    6135    $1,219.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
10550 Talbert Ave
Fountain Valley, CA 92708

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Opened  8/02/14  Last Active 01/19

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Auto Lease deficiency

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.6 5 | **I.I.T.** | **Last 4 digits of account number** _____ $171,000.00 |

Nonpriority Creditor's Name

c/o PS Property Management
Attn: Managing Member
4030 Truxel Rd., Ste. D
Sacramento, CA 95834

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the debt subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    7/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 4150 Manzanita Ave., Ste. 300, Carmichael CA

| | | |
|---|---|---|
| 4.6 6 | **ICON General Contractors, Inc.** | **Last 4 digits of account number** _____ $299,825.19 |

Nonpriority Creditor's Name

c/o V. Blair Shahbazian, Esq.
Murphy Austin Adams Schoenfeld LLP
555 Capitol Mall, Ste. 850
Sacramento, CA 95814

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the debt subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Litigation in the Superior Court of California, re personal guarantee

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.67 | Jeffrey Mayberry | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

**When was the debt incurred?** 2015/2016

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Promissory Note

---

| 4.68 | Jeffrey Sherman | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

**When was the debt incurred?** 2015/2016

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Promissory Note

---

| 4.69 | Jen Ashton c/o Reiki Center | Last 4 digits of account number _____ | $30,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Ms. Jen Ashton
2280 S. Jones Blvd.
Las Vegas, NV 89146
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Stock holder

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  Kenneth Martin Antos

Debtor 2  Sheila Mae Neumann-Antos                                Case number (if known) _____

| 4.7 0 | Jim L. Shetakis Distributing Co. | Last 4 digits of account number _____ | $19,641.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Jason D. Smith, Esq.
Santoro Whitmire
10100 W. Charleston Blvd., #250
Las Vegas, NV 89135
Number Street City State Zip Code

**When was the debt incurred?**  12/11/2015

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Judgment, state court litigation in the District Court, Clark County, NV; Case No. A-15-7288325-C

| 4.7 1 | Joe Galligan/J&R Galligan Revoc. Trust | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

**When was the debt incurred?**  2017

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Promissory Note

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos

Case number *(if known)* _____

| 4.7 2 | Joseph P. Gee and Lucia K. Jim-Gee | | $240,806.00 |

Joseph P. Gee and Lucia K. Jim-Gee
Nonpriority Creditor's Name
 Living Trust dtd 4/1/1999
P.O. Box 1873
W. Sacramento, CA 95690
Number Street City State Zip Code

Last 4 digits of account number _____          $240,806.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 8880 Greenback Lane, Orangevale, CA

| 4.7 3 | Kapitus Servicing | | $531,000.00 |

Kapitus Servicing
Nonpriority Creditor's Name
Attn: Chris Murino
120 W. 45th Street
New York, NY 10036
Number Street City State Zip Code

Last 4 digits of account number _____          $531,000.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt: Personal guarantee

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.7 4 | Kate Frenzinger | Last 4 digits of account number _____    Unknown |

Nonpriority Creditor's Name
Frenzinger Law PLC
6363 N. Swan Rd., Ste 151
Tucson, AZ 85718
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice only

---

| | | |
|---|---|---|
| 4.7 5 | Kelly Galligan | Last 4 digits of account number _____    Unknown |

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

When was the debt incurred?   2015/2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Note

---

| | | |
|---|---|---|
| 4.7 6 | Kevin Galligan | Last 4 digits of account number _____    Unknown |

Nonpriority Creditor's Name
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

When was the debt incurred?   2015/2016

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Note

---

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

---

| 4.77 | KJHELM Holding LLC | Last 4 digits of account number | N/A | Unknown |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent

C/O Robert James Houchin, DDS

1857 Geno Street

Gardnerville, NV 89410

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    N/A

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    N/A

---

| 4.78 | KJHELM Holding LLC | Last 4 digits of account number | N/A | Unknown |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent

c/o Jeri Coppa-Knudson

3495 Lakeside Drive, PMB 62

Reno, NV 89509

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    N/A

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    N/A

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                              Case number (if known) _____

| 4.7 9 | Knight Capital Funding | Last 4 digits of account number | _____ | $0.00 |

**Knight Capital Funding**
Nonpriority Creditor's Name
Attn: Bankruptcy/Managing Agent
9 E. Loockerman Street, Ste. 202-543
Dover, DE 19901
Number Street City State Zip Code

**Last 4 digits of account number** _____                                    $0.00

**When was the debt incurred?** 2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Business loan

---

| 4.8 0 | Labor Commissioner, State of California | Last 4 digits of account number | _____ | $8,737.52 |

**Labor Commissioner, State of California**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
605 West Santa Ana Blvd.
Rm. 625, Buidling 28
Santa Ana, CA 92701
Number Street City State Zip Code

**Last 4 digits of account number** _____                                    $8,737.52

**When was the debt incurred?** 11/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: wage claimant Gerald Quigley

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                          Case number *(if known)* _____

| 4.8 1 | **Leed Mechanical** | **Last 4 digits of account number** _____ | $299,825.19 |

Nonpriority Creditor's Name

c/o V.B. Lair Shahbazian
Murphy Austin Adams Shoenfeld LLP
555 Capital Mall, Ste. 850
Sacramento, CA 95814

Number Street City State Zip Code

**When was the debt incurred?**    2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Judgment entered in Superior Court of California, County of Placer

| 4.8 2 | **Liberty Alarms** | **Last 4 digits of account number** _____ | $152.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 90700
Henderson, NV 89009

Number Street City State Zip Code

**When was the debt incurred?**    2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Services

| Debtor 1 | Kenneth Martin Antos |
|----------|---------------------|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number (if known) _____

| 4.8 3 | Louis and Carolyn Lucido | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

When was the debt incurred?    2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Promissory Note

| 4.8 4 | Louis Esbin Law | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing
Agent
651-D Oak Grove Ave.
Menlo Park, CA 94025

When was the debt incurred?    2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Attorney Fee's

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.8 5 | LSM Center Partners | | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing
Agent

4021 Preston Rd.

Plano, TX 75093

Number Street City State Zip Code

**When was the debt incurred?**    11/18/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Lease Guarnteed

| 4.8 6 | Luther Lane Properties LLC | | Last 4 digits of account number _____ | $147,610.39 |
|---|---|---|---|---|

Nonpriority Creditor's Name

c/o Thomas F. Lillard, Esq.

Lillard Wise Szygenda PLLC

13760 Noel Rd., Ste. 1150

Dallas, TX 75240

Number Street City State Zip Code

**When was the debt incurred?**    12/1/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Judgment, State court litigation in the District Court, Dallas  County, Texas; Cause No. DC-15-03357

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.8 7 | Magnolia Financial Group, LLC | Last 4 digits of account number _____ | $3,676,208.62 |

Nonpriority Creditor's Name

c/o George P. Vourvoulias, Esq.
Harmon, Smith & Vourvoulias, LLC
400 Poydras Street, Ste. 1680
New Orleans, LA 70130

Number Street City State Zip Code

**When was the debt incurred?**    11/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt:  Judgment, litigation in the 29th Judicial District Court, Parish of St. Charles, Louisiana, from personal guarantee

| | | | |
|---|---|---|---|
| 4.8 8 | Maurene Kirkland | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

TM Family Assets LP
c/o Travis Kirkland
1522 Prospect Lane
Alpine, UT 84004

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Investment in dental business

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                           Case number (if known) _____

| 4.8 9 | Megan Han | Last 4 digits of account number _____ | $674,945.00 |

Nonpriority Creditor's Name
c/o Lisa M. Chapman, Esq.
Royse Law Firm, PC
1717 Embarrcadero Rd.
Palo Alto, CA 94303
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    11/20/2017

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Judgment entered

| 4.9 0 | Michael Miao | Last 4 digits of account number _____ | $560,000.00 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: EB-5 investor who wants refund

| 4.9 1 | Michael Waldman | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
2179 Sawtooth Mountain Dr.
Henderson, NV 89044
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Notice

Debtor 1   Kenneth Martin Antos

Debtor 2   Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.9 2 | Mike Vukajlovic | | Last 4 digits of account number _____ | $275,388.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

2035 W. Bullard Ave.

Fresno, CA 93711

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 2085 W. Bullard Ave., Fresno CA

| 4.9 3 | MJ Properties LP | | Last 4 digits of account number _____ | $155,904.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 1798 Ashlan Ave., #101, Clovis, CA

| Debtor 1 | Kenneth Martin Antos |
|----------|----------------------|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number (if known) _____

| 4.9 4 | MLCFC 2006-4 Sahara Retail, LLC | Last 4 digits of account number _____ | $555,388.00 |

Nonpriority Creditor's Name
c/o Voit Real Estate Services
6385 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at  4604 W. Sahara Ave., Ste. 102, Las Vegas, NV.

| 4.9 5 | Mohammad Asif | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
770 Tennessee Street
Redland, CA 92174
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: guarantee of lease

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.9 6 | Monte & Lucia Albers Living Trust | Last 4 digits of account number _____ | $263,250.00 |

Nonpriority Creditor's Name
Attn:  Trustee
P.O. Box 458
Brentwood, CA 94513
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 2 West Court Street, Woodland CA.

| 4.9 7 | MR-3, LLC | Last 4 digits of account number _____ | $286,471.00 |

Nonpriority Creditor's Name
c/o John J. McNutt, Esq.
Dentons US LLP
600 West Broadway, Ste 2600
San Diego, CA 92101
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**        11/30/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Judgment in the Superior Court of California, San Diego County; Case No. 37-2015-00031164-CU-BC-CTL

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.98 | Nersesian and Sankieowicz | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name
Attn: Managing Member
528 S. 8th Street
Las Vegas, NV 89101
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Legal services

---

| 4.99 | Nevada Dept. of Taxation | Last 4 digits of account number 8080 | $47,000.00 |

Nonpriority Creditor's Name
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101
Number Street City State Zip Code

**When was the debt incurred?** 2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Sales Tax

---

| 4.100 | Nevada Dept. of Taxation | Last 4 digits of account number 8080 | $73,000.00 |

Nonpriority Creditor's Name
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101
Number Street City State Zip Code

**When was the debt incurred?** 2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Sales Tax

---

Debtor 1  Kenneth Martin Antos
Debtor 2  Sheila Mae Neumann-Antos

Case number (if known) _____

---

**4.1
01**

**PAC Investors, LLC**
Nonpriority Creditor's Name
c/o Joe Pickett, Managing Member
7301 N. Remington Ave.
Fresno, CA 93711
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $381,375.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 4161 E. Ventura Ave., Fresno, CA.

---

**4.1
02**

**Pacific Premier Trust**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
1801 California St. Suite 800
Denver, CO 80202
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7001     $624.31

**When was the debt incurred?** N/A

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Admin Fee's

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.1 03 | Papa John's International, Inc. | Last 4 digits of account number _____ | $250,000.00 |

Nonpriority Creditor's Name
c/o The Faux Law Group
Attn: Kurt C. Faux, Esq.
2625 N. Green Valley Pkwy, #100
Henderson, NV 89014
Number Street City State Zip Code

**When was the debt incurred?**    7/25/2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Judgment entered in the US District Court, Western District of Kentucky

| 4.1 04 | Patrick Lopez | Last 4 digits of account number _____ | $300,000.00 |

Nonpriority Creditor's Name
Lopez & Associates
25124 Springfield Ct.
Valencia, CA 91355
Number Street City State Zip Code

**When was the debt incurred?**    2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Business debt: Personal note

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 46 of 73**

| Debtor 1 | Kenneth Martin Antos |
|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number (if known) _____

---

**4.1 05**

**Perkins Coie**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
William W. WiMaxwell
500 N. Akard St. Suite 3300
Dallas, TX 75201-3347
Number Street City State Zip Code

**Last 4 digits of account number** _____          $19,717.01

**When was the debt incurred?**     11/18/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     Lease Guarnteed

---

**4.1 06**

**Pioneer Credit Recovery**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 500
Horseheads, NY 14845
Number Street City State Zip Code

**Last 4 digits of account number**     1753          $4,885.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     Collection account

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                        Case number (if known) _____

| 4.1 07 | Pisanelli Bice PLLC | Last 4 digits of account number _____ | $80,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Todd Bice
400 South 7th Street
Las Vegas, NV 89101
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Legal Services

| 4.1 08 | Plusfour, Inc | Last 4 digits of account number  3373 | $235,336.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing
Agent
Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Opened  2/07/17  Last Active 07/14

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Sahara 3d LLC

| 4.1 09 | Rapid Financial Services, LLC | Last 4 digits of account number _____ | $89,524.15 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Patrick J. Siegfried, Esq.
4500 East West Highway, 6th Flr.
Bethesda, MD 20814
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   5/3/2016

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Judgment, state court litigation in the Circuit Court of Maryland of Montgomery County; Case No. 4139289-V

Debtor 1   Kenneth Martin Antos

Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 10 | **Republic Services** | | **Last 4 digits of account number** | 9236 | $2,368.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept. / Managing Agent

770 E. Sahara Ave.

Las Vegas, NV 89104-2943

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Services

---

| 4.1 11 | **Richard Groberg** | | **Last 4 digits of account number** | | Unknown |

Nonpriority Creditor's Name

2752 Kilwinning Dr.

Henderson, NV 89044

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Co-Defendant in U.S. District Court litigation in the Northern District of California; Case No. C-15-5531-CRB

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 12 | Richard Steinback | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

When was the debt incurred?   2015/2016

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Promissory Note

---

| 4.1 13 | Ridgeway/Whitney, General Partnership | Last 4 digits of account number _____ | $482,798.00 |

Nonpriority Creditor's Name
Attn: Managing Member
2804 Lafayette Ave.
Newport Beach, CA 92663
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at  4221 MacArthur, Ste. B2, Newport Beach, CA
■ Other. Specify

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 14 | Robert Walsh | Last 4 digits of account number _____ | $780,000.00 |

Nonpriority Creditor's Name

c/o Garman Turner Gordon
Attn: Erika Pike Turner, Esq.
7251 Amigo, Ste. 210
Las Vegas, NV 89119

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business debt:  Judgment entered on personal guarantee

---

| 4.1 15 | Robert Walsh | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

400 South Maryland Parkway
Las Vegas, NV 89101

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

■ Unliquidated

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

Business debt:  Co-defendant in state court litigation in the Superior Court of California, San Diego County; Case No. 37-2015-00031164-CU-BC-CTL

☐ Yes

■ Other. Specify

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.1<br>16 | Rosado Associates | | $112,613.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Managing Member
P.O. Box 13086
La Jolla, CA 92039-3086
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 6011 El Cajon Blvd., Ste. 107, San Diego CA

| 4.1<br>17 | RPMG, Inc. | | $2,426.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
3077 E. Warm Springs Rd.
Las Vegas, NV 89120
Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   HOA for property located at 4968 Mountain Foliage Dr Las Vegas, NV 89148

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 18 | Rtwon Investors II, LLC | Last 4 digits of account number _____ | $270,256.00 |

**Nonpriority Creditor's Name**
c/o Managing Member
265 E. River Park Circle, Ste. 465
Fresno, CA 93720
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 587 North I St., Reddley, CA

---

| 4.1 19 | Sabian Waldman | Last 4 digits of account number _____ | Unknown |

**Nonpriority Creditor's Name**
9976 Sable Point St.
Las Vegas, NV 89178
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Notice

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos

Debtor 2   Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.1<br>20 | Sahara Pavillion | Last 4 digits of account number _____ | $250,000.00 |

Nonpriority Creditor's Name

c/o Robert N. Brier

Brier, Irish Hubbard & Erhart

2400 E. Arizona Biltmore Cir., Ste. 1300

Phoenix, AZ 85016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Lease agreement

| 4.1<br>21 | Saldutti Law Group | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent

1735 Market St. Suite 3750

Philadelphia, PA 19103

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Attorney Fee's

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.1 22 | Samuels and Son Seafood | Last 4 digits of account number _____ | $4,006.98 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
3400 S Lawrence St.
Philadelphia, PA 19148

When was the debt incurred?    1/11/2016

Number Street City State Zip Code
**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Product

---

| 4.1 23 | Sawco Holdings LLC | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Sabian Waldman
9976 Sable Point St.
Las Vegas, NV 89178

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Notice

---

| 4.1 24 | Severn Bizzaro | Last 4 digits of account number _____ | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 313
Gilbert, AZ 85299

When was the debt incurred?    2018

Number Street City State Zip Code
**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Note

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                           Case number (if known) _____

| 4.1 25 | Shawna Roley | | |
|---|---|---|---|

**Shawna Roley**
Nonpriority Creditor's Name
909 W. 19th Street
Costa Mesa, CA 92627
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    54KV                    Unknown
When was the debt incurred?    2015

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Wage claimant

---

| 4.1 26 | Simpson IV , LLC | | $0.00 |
|---|---|---|---|

**Simpson IV , LLC**
Nonpriority Creditor's Name
c/o David Gutke, Esq.
Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Judgment on personal guarantee. (See Doremore Family Notes)

---

| 4.1 27 | Simpson VIII, LLC | | $0.00 |
|---|---|---|---|

**Simpson VIII, LLC**
Nonpriority Creditor's Name
c/o David Gutke, Esq.
Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Judgment on personal guarantee. (See Doremore Family Notes)

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos

Case number (if known) _____

---

| 4.1 28 | SJC Ventures LLC | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Maier Gutierrez & Associates
Attn: Joseph A. Gutierrez, Esq.
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
Number Street City State Zip Code

When was the debt incurred?   2020

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Litigation in Eighth Judicial Court, Case No. A-20-813439-C

---

| 4.1 29 | Small Business Financial Solutions LLC | | Last 4 digits of account number _____ | $105,225.00 |

Nonpriority Creditor's Name
c/o Patrick J. Siegfried, Esq.
4500 East West Highway, 6th Flr.
Bethesda, MD 20814
Number Street City State Zip Code

When was the debt incurred?   12/23/2015

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business debt:  state court litigation in the Circuit Court for Montgomery County Maryland; Case No. 413292-V

Debtor 1  Kenneth Martin Antos
Debtor 2  Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.1 30 | Snell & Wilmer L.L.P. | Last 4 digits of account number | N/A | $586,252.17 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

**When was the debt incurred?**    N/A

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Agreement

| 4.1 31 | Southwest Gas Company | Last 4 digits of account number | 9405 | $76.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
301 Lacey Street
West Chester, PA 19382

**When was the debt incurred?**    Opened 11/17  Last Active 10/17

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Services

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 32** | **Spanish Heights Acquisition Company LLC** | Last 4 digits of account number _____ Unknown |

Nonpriority Creditor's Name

c/o Maier Gutierrez & Associates
ATtn: Joseph A. Gutierrez, Esq.
8816 Spanish Ridge Ave.
Las Vegas, NV 89148

When was the debt incurred?    4/2020

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Litigation in Eighth Judicial Court, Case No. A-20-813439-C

| | | |
|---|---|---|
| **4.1 33** | **Spanish Hills Community Association** | Last 4 digits of account number    2378    $0.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
c/o RPMG, Inc.
P.O. Box 93177
Las Vegas, NV 89193

When was the debt incurred?    1/2022-2/2022

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    HOA assessments for 4968 Mountain Foliage Dr., Las Vegas, NV.  (See RPMG, Inc.)

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 34 | State Labor Commissioner | Last 4 digits of account number _____ | $10,037.00 |

Nonpriority Creditor's Name
Judgment Enforcement Unit
JEU File: 14JSW0113
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

When was the debt incurred?   2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**■ Check if this claim is for a  community debt**

**Is the debt subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Labor complaint against KCI Investments, Inc.

| 4.1 35 | State of Nevada Dept. of Taxation | Last 4 digits of account number   7810 | $60,000.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept / Managing Aget
Grant Sawyer Bldg.
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

When was the debt incurred?   2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**■ Check if this claim is for a  community debt**

**Is the debt subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Sales Tax

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| 4.1 36 | Strategic Funding Source, Inc. | Last 4 digits of account number _____ | $406,840.03 |

Nonpriority Creditor's Name
c/o Jennifer Ballard, Esq.
120 West 45th Street, 2nd Flr.
New York, NY 10036
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Judgment entered in Superior Court of California, County of Orange

---

| 4.1 37 | Susan Nichols Steinback | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: Promissory Note

---

| 4.1 38 | T.M. Family Assets LP | Last 4 digits of account number _____ | $2,000,000.00 |

Nonpriority Creditor's Name
c/o Maurene Kirkland
1522 Prospect Lane
Alpine, UT 84004
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt: investor

---

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.1 39** | **Tanner Family LP** | Last 4 digits of account number _____ $237,600.00 |

Nonpriority Creditor's Name

Attn: Managing Member

8200A Sierra College Blvd.

Roseville, CA 95661

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at  8300 Sierra College Blvd., Ste. B Roseville CA

| | | |
|---|---|---|
| **4.1 40** | **TCA Global Credit Master Fund LP** | Last 4 digits of account number _____ $3,389,929.00 |

Nonpriority Creditor's Name

c/o Carl F. Schoeppl, Esq.

Schoeppl & Burke, P.A.

4651 North Federal Highway

Boca Raton, FL 33431

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    3/2016

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Judgment in 17th Judicial District, Broward County FL

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.1 41 | The Irvine Company, LLC | Last 4 digits of account number _____ | $521,988.00 |

Nonpriority Creditor's Name
c/o Ernie Z. Park, Esq.
Bewley Lassleben & Miller, LLP
13215 E. Penn St., Ste. 500
Whittier, CA 90602

**When was the debt incurred?**    12/22/2015

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
Business debt:  Judgment, state court litigation in the Superior Court of California, Orange County, CA; Case No. 30-2015-00826624-CU-BC-CJC

| 4.1 42 | The Northern Trust Co. | Last 4 digits of account number  0001 | $591,652.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
PO Box 92992
Chicago, IL 60675

**When was the debt incurred?**    Opened  3/24/11  Last Active 12/03/21

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
Business debt: Second deed of trust, property foreclosed on 2/1/2022-5148 Spanish Heights Dr., Las Vegas, Nevada.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  Kenneth Martin Antos
Debtor 2  Sheila Mae Neumann-Antos

Case number (if known) _____

| | |
|---|---|
| **4.1 43** | |

The Ron Slate Family LP
Nonpriority Creditor's Name
Attn: Managing Member
P.O. Box 808
Woodbridge, CA 95258
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $345,000.00

**When was the debt incurred?**   5/2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 323 N. 11th Street, Hanford CA

---

| | |
|---|---|
| **4.1 44** | |

Tina Becklean
Nonpriority Creditor's Name
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Notice

---

| | |
|---|---|
| **4.1 45** | |

Travis Kirkland
Nonpriority Creditor's Name
TM Family Assets LP
c/o Travis Kirland
1522 Prospect Lane
Alpine, UT 84004
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Business debt: Notice

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.1 46 | Travis Mullen | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

When was the debt incurred?   2015/2016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: Note

---

| 4.1 47 | Under Via Montana LLC | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Manco Abbott Esq.
1398 W. Herndon Ave., Ste. 105
Fresno, CA 93711

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: personally guaranteed lease

---

| 4.1 48 | Ung Ly Eav & Hong Kim Chhour | Last 4 digits of account number _____ | $104,000.00 |

Nonpriority Creditor's Name
1005 San Jacinto Street
Dallas, TX 75202

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at 902 Ross Avenue, Dallas TX

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

| 4.1 49 | Vestar/Kimco Tustin, L.P. | Last 4 digits of account number _____ | $406,638.00 |

Nonpriority Creditor's Name
Attn: Managing Member
2425 East Camelback Rd., Ste. 750
Phoenix, AZ 85016
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt:  Debtor guaranteed Commercial Lease Agreement for premises located at 2487 Park Ave., Tustin, CA

| 4.1 50 | Vestar/Kimco Tustin, L.P. | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
c/o Ernie Z. Park, Esq.
Bewley Lassleben & Miller, LLP
13215 E. Penn St., Ste. 500
Whittier, CA 90602
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?    12/17/2015

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Notice Only: State court litigation in the Superior Court of California, Orange County, CA; Case No. 30-2015-00824409-CU-BC-CJC

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 51** | | |

**Via Montana, LLC**

Nonpriority Creditor's Name

_____

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     $270,645.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business debt:  Debtor personally guaranteed Commercial Lease Agreement for premises located at .1512 Champlain Ste. 107, Fresno, CA

---

| | | |
|---|---|---|
| **4.1 52** | | |

**Vincent A. Fiorillo Trust**

Nonpriority Creditor's Name

c/o Bryan Galligan

Alpine Creek Capital

21 Sea Grape Rd.

Ladera Ranch, CA 92694

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____     $50,000.00

**When was the debt incurred?**     2015/2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Business debt: Note

---

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                          Case number (if known) _____

| 4.1 53 | Walmart Services | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
702 SW 8th Street
Bentonville, AR 72716
Number Street City State Zip Code

**When was the debt incurred?**   8/2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: lease terminations; Notice only

| 4.1 54 | Western Alliance Bank | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept/Managing Agent
8505 W. Centennial Parkway
Las Vegas, NV 89149
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business debt: UCC filed for all inventory, accounts, and equipment.

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                      Case number (if known) _____

| 4.1 55 | Zhiyuan Miao | Last 4 digits of account number _____ | $19,063.50 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o J. James Liu, Esq.
LiLaw, Inc.
5050 El Camino Real, Ste. 200
Los Altos, CA 94022
Number Street City State Zip Code

When was the debt incurred?    12/4/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt:  Default Judgment in the U.S. District Court litigation in the Northern District of California; Case No. C-15-5531-CRB

| 4.1 56 | Zhou Xiao | Last 4 digits of account number _____ | $585,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o T. James Truman, Esq.
T. James Truman & Associates
3654 N. Ranco Dr., Ste. 101
Las Vegas, NV 89130
Number Street City State Zip Code

When was the debt incurred?    2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business debt:  Judgment, state court litigation in District Court, Clark County, Nevada.

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| American Express c/o Yvette Chevalier, Esq. Michael & Associates, PC 1850 E. Flamingo Rd., Ste. 204 Las Vegas, NV 89119 | Line 4.10 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| American Express c/o Patenaude & Felix APC Attn: Bankruptcy Dept/Managing Agent 9619 Chesapeake Dr., Ste. 300 San Diego, CA 92123 | Line 4.10 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>Cap Pock Services<br>c/o Benjamin & Williams<br>Credit Investigators<br>2233 Nesconset Highway, Ste. 205<br>Lake Grove, NY 11755 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.54 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CBC Partners I, LLC<br>c/o Teresa Stephenson<br>Lane Powell PC<br>1420 5th Ave., Ste. 4200<br>Seattle, WA 98111-9402 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.31 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CBC Partners I, LLC<br>Attn: Alan Hallberg<br>777 108th Ave. NE, Ste. 1895<br>Los Angeles, CA 90084 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.31 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CT Communications LLC<br>c/o Law Office of Hayes & Welsh<br>Attn: Megan K. Mayry McHenry, Esq.<br>199 N. Arroyo Grande Blvd., Ste. 200<br>Henderson, NV 89074 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.40 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>DeWayne Zinkin<br>dba West Pointe Shopping Center<br>c/o Nick Zinkin, Esq.<br>5 E. River Park Place West, #204<br>Fresno, CA 93720 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.44 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>Hyundai Motors<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 529027<br>El Dorado Hills, CA 95762-9027 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.64 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>ICON General Contractors, Inc.<br>c/o James C. Keowen<br>Nageley Meredith & Miller, Inc.<br>8801 Folsom Blvd., Ste. 172<br>Sacramento, CA 95826 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.66 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>Magnolia Financial Group, LLC<br>c/o Bryan M. Viellion, Esq.<br>Kaempfer Crowell<br>1980 Festival Plaza Dr., #650 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.87 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

Las Vegas, NV 89135

|  | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Megan Han<br>c/o T. James Truman, Esq.<br>T. James Truman & Associates<br>3654 N. Rancho Dr., Ste. 101<br>Las Vegas, NV 89130 | Line 4.89 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Megan Han<br>c/o David Millstein, Esq.<br>Milstein & Associates<br>101 The Embarcadero, Ste. 200<br>San Francisco, CA 94105-1283 | Line 4.89 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Papa John's International, Inc.<br>c/o Frost Brown Todd, LLC<br>Attn: Peter M. Cummins<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363 | Line 4.103 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Rapid Financial Services, LLC<br>c/o Ronald H. Reynolds, Esq.<br>Reynolds & Associates<br>823 Las Vegas Blvd. So., Ste 280<br>Las Vegas, NV 89101 | Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Rapid Financial Services, LLC<br>c/o Miles & Stockbridge P.C.<br>Miles & Stockbridge P.C.<br>100 Light Street, 10th Floor<br>Baltimore, MD 21202-1036 | Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Ridgeway/Whitney, General<br>Partnership<br>c/o Leslie A. Bower, Esq.<br>Bower & Associates, APLC<br>92 Argonaut Ste. 120<br>Aliso Viejo, CA 92656 | Line 4.113 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Strategic Funding Source, Inc.<br>c/o Paul A. Levin, Esq.<br>Mortgage Recovery Law Group, LLP<br>550 N. Brand Blvd., Ste. 1100<br>Glendale, CA 91203 | Line 4.136 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Strategic Funding Source, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>120 West 45th Street, 2nd Floor<br>New York, NY 10036 | Line 4.136 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos

Case number (if known) _____

| | |
|---|---|
| TCA Global Credit Master Fund, LP<br>c/o Kolesar & Leatham<br>Attn: Shlomo S. Sherman, Esq.<br>400 South Rampart Blvd., Ste. 400<br>Las Vegas, NV 89145 | Line 4.140 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>TCA Global Credit Master Fund, LP<br>c/o Mr. Robert Press<br>3960 Howard Hughes Pkwy., #500<br>Las Vegas, NV 89169 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.140 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>TCA Global Credit Master Fund, LP<br>c/o Lucosky Brookman LLP<br>101 Wood Avenue South, 5th Floor<br>Woodbridge, NJ 08830 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.140 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>The Irvine Company, LLC<br>Attn: Managing Member<br>101 Innovation<br>Irvine, CA 92617 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.141 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>The Northern Trust Co.<br>c/o Snell & Wilmer<br>Attn: Blakeley Griffith, Esq.<br>3883 Howard Hughes Pkwy., #1100<br>Las Vegas, NV 89169 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.142 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>The Ron Slate Family LP<br>c/o Herum Crabtree Suntag<br>Attn: Steven Crabtree<br>5757 Pacific Ave., #222<br>Stockton, CA 95207 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.143 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>Wal-Mart Stores, Inc.<br>Asset Management<br>2001 SE 10th Street<br>Bentonville, AR 72716-5525 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.153 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>Zhou Xiao<br>c/o David Millstein, Esq.<br>Millstein & Associates<br>101 The Embarcadero, Ste. 200<br>San Francisco, CA 94105-1283 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.156 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 313,297.68 |

Debtor 1  Kenneth Martin Antos

Debtor 2  Sheila Mae Neumann-Antos

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 313,297.68 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 58,922,515.29 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 58,922,515.29 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name                Middle Name                Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an
  amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | 23330 Moulton Parkway, LLC<br>Attn: Managing Member<br>30012 Ivy Glenn Dr., Ste. 200<br>Laguna Niguel, CA 92677 | Personally guaranteed Commercial Lease Agreement |
| 2.2 | 5801 Preston Road Holding LP<br>c/o UCR Assets Services<br>Attn:  Managing Member<br>7001 Preston Rd., Ste. 215<br>Dallas, TX 75205 | Personally guaranteed Commercial Lease Agreement |
| 2.3 | Bank of America | Personally guaranteed Commercial Lease Agreement |
| 2.4 | Cathy J. Herring<br>10180 Palazzo Marcelli Court<br>Las Vegas, NV 89147 | Lease Agreement for 10180 Palazzo Marcelli Court, Las Vegas, Nevada |
| 2.5 | Dewayne Zinkin<br>dba West Point Shopping Cener<br>5 River Park West, Ste. 203<br>Fresno, CA 93720 | Personally guaranteed Commercial Lease Agreement |
| 2.6 | Donahoe Schriber Realty Group LP<br>Attn:  Managing Member<br>P.O. Box 6157<br>Hicksville, NY 11802-6517 | Personally guaranteed Commercial Lease Agreement |
| 2.7 | Donahoe Schriber Realty Group LP<br>Attn:  Managing Member<br>P.O. Box 6157<br>Hicksville, NY 11802-6517 | Personally guaranteed Commercial Lease Agreement |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Kenneth Martin Antos |
|----------|----------------------|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8 Ethan Conrad Properties Inc.<br>Attn: Managing Member<br>1300 National Dr., Ste. 100<br>Sacramento, CA 95834 | Personally guaranteed Commercial Lease Agreement |
| 2.9 Forest City Residential Mgmt., Inc.<br>Attn: Managing Member<br>1800 Main Street<br>Dallas, TX 75201 | Personally guaranteed Commercial Lease Agreement |
| 2.10 Great Wash Park LLC | Personally guaranteed Commercial Lease Agreement |
| 2.11 Great Wash Park, LLC<br>c/o Terry A. Moore,Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Personally guaranteed Commercial Lease Agreement |
| 2.12 Hanford-Armona Property, LLC<br>c/o Siegal & Company<br>Attn: Managing Member<br>1616 W. Shaw<br>Fresno, CA 93711 | Personally guaranteed Commercial Lease Agreement |
| 2.13 Hillcrest Development Partners, LLC<br>c/o Charles Dunn Co.<br>800 W. 6th Street<br>Los Angeles, CA 90017 | Personally guaranteed Commercial Lease Agreement |
| 2.14 Huann Ching and Ching Tang<br>c/o Tiner Properties, Inc.<br>Attn: Managing Member<br>6837 Fair Oakes Blvd.<br>Carmichael, CA 95608 | Personally guaranteed Commercial Lease Agreement |
| 2.15 I.I.T.<br>c/o PS Property Management<br>Attn: Managing Member<br>4030 Truxel Rd., Ste. D<br>Sacramento, CA 95834 | Personally guaranteed Commercial Lease Agreement |
| 2.16 Joseph P. Gee and Lucia K. Jim-Gee<br> Living Trust dtd 4/1/1999<br>P.O. Box 1873<br>W. Sacramento, CA 95690 | Personally guaranteed Commercial Lease Agreement |
| 2.17 Mike Vukajlovic<br>2035 W. Bullard Ave.<br>Fresno, CA 93711 | Personally guaranteed Commercial Lease Agreement |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Kenneth Martin Antos |
|----------|----------------------|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|
| 2.18 MJ Properties LP | Personally guaranteed Commercial Lease Agreement |
| 2.19 MLCFC 2006-4 Sahara Retail, LLC<br>c/o Voit Real Estate Services<br>6385 S. Rainbow Blvd., Ste. 100<br>Las Vegas, NV 89118 | Personally guaranteed Commercial Lease Agreement |
| 2.20 Monte & Lucia Albers Living Trust<br>Attn:  Trustee<br>P.O. Box 458<br>Brentwood, CA 94513 | Personally guaranteed Commercial Lease Agreement |
| 2.21 PAC Investors, LLC<br>c/o Joe Pickett, Managing Member<br>7301 N. Remington Ave.<br>Fresno, CA 93711 | Personally guaranteed Commercial Lease Agreement |
| 2.22 Ridgeway Development<br>Attn: Managing Member<br>2804 Lafayette Ave.<br>Newport Beach, CA 92663 | Personally guaranteed Commercial Lease Agreement |
| 2.23 Rosado Associates<br>Attn: Managing Member<br>P.O. Box 13086<br>La Jolla, CA 92039-3086 | Personally guaranteed Commercial Lease Agreement |
| 2.24 Rtwon Investors II, LLC<br>c/o Managing Member<br>265 E. River Park Circle, Ste. 465<br>Fresno, CA 93720 | Personally guaranteed Commercial Lease Agreement |
| 2.25 Tanner Family LP<br>Attn: Managing Member<br>8200A Sierra College Blvd.<br>Roseville, CA 95661 | Personally guaranteed Commercial Lease Agreement |
| 2.26 The Ron Slate Family LP<br>Attn:  Managing Member<br>P.O. Box 808<br>Woodbridge, CA 95258 | Personally guaranteed Commercial Lease Agreement |
| 2.27 Ung Ly Eav & Hong Kim Chhour<br>1005 San Jacinto Street<br>Dallas, TX 75202 | Personally guaranteed Commercial Lease Agreement |
| 2.28 Vestar/Kimco Tustin, L.P.<br>Attn: Managing Member<br>2425 East Camelback Rd., Ste. 750<br>Phoenix, AZ 85016 | Personally guaranteed Commercial Lease Agreement |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                                    Case number *(if known)* _____

███    **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.29  Via Montana, LLC | Personally guaranteed Commercial Lease Agreement |
| 2.30  Wal-Mart Stores, Inc.<br>Asset Management<br>2001 SE 10th Street<br>Bentonville, AR 72716-5525 | Master Lease Agreement dated 7/1/2015 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?  -NONE-  . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1   Capriotti's Mission Valley LLC <br> 1620 Camino De La Reina <br> San Diego, CA 92108 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line  __4.129__ <br> ☐ Schedule G _____ <br> Small Business Financial Solutions LLC |
| 3.2   David Becklean <br> 11917 Eagel Crest Drive <br> Lees Summit, MO 64086 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line  __4.21__ <br> ☐ Schedule G _____ <br> Bryan Galligan |

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | David L. Becklean<br>3021 Hammerwood Dr.<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G<br>Magnolia Financial Group, LLC |
| 3.4 | Elements Casual Dining & Cocktails, LLC<br>4033 Dean Martin Dr.<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G<br>Jim L. Shetakis Distributing Co. |
| 3.5 | Elements Casual Dining & Cocktails, LLC<br>4033 Dean Martin Dr.<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G<br>Crown Holdings III, LLC |
| 3.6 | Elements-An Alex Stratta<br>Casual Restaurant, LLC<br>1620 Camino De La Reina<br>San Diego, CA 92108 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.129___<br>☐ Schedule G<br>Small Business Financial Solutions LLC |
| 3.7 | Julie Walsh<br>400 South Maryland Parkway<br>Las Vegas, NV 89101 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>Vestar/Kimco Tustin, L.P. |
| 3.8 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G<br>CT Communications |
| 3.9 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>Magnolia Financial Group, LLC |
| 3.10 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G<br>MLCFC 2006-4 Sahara Retail, LLC |

| Debtor 1 | Kenneth Martin Antos<br>Sheila Mae Neumann-Antos | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
Donahoe Schriber Realty Group LP

3.12  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.62___
☐ Schedule G _____
Hillcrest Development Partners, LLC

3.13  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
PAC Investors, LLC

3.14  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.151___
☐ Schedule G _____
Via Montana, LLC

3.15  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.149___
☐ Schedule G _____
Vestar/Kimco Tustin, L.P.

3.16  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.113___
☐ Schedule G _____
Ridgeway/Whitney, General Partnership

3.17  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.92___
☐ Schedule G _____
Mike Vukajlovic

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.18 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>Forest City Residential Mgmt., Inc. |
| 3.19 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>Dewayne Zinkin |
| 3.20 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Monte & Lucia Albers Living Trust |
| 3.21 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>Ethan Conrad Properties Inc. |
| 3.22 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>23330 Moulton Parkway, LLC |
| 3.23 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>5801 Preston Road Holding LP |
| 3.24 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Bank of Nevada |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | _____ |
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Great Wash Park, LLC |
| 3.26 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>Great Wash Park, LLC |
| 3.27 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>Hanford-Armona Property, LLC |
| 3.28 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Huann Ching and Ching Tang |
| 3.29 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>I.I.T. |
| 3.30 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Joseph P. Gee and Lucia K. Jim-Gee |
| 3.31 | KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>MJ Properties LP |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos<br>Sheila Mae Neumann-Antos | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.32  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.116___
☐ Schedule G _____
Rosado Associates

3.33  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.118___
☐ Schedule G _____
Rtwon Investors II, LLC

3.34  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.139___
☐ Schedule G _____
Tanner Family LP

3.35  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.143___
☐ Schedule G _____
The Ron Slate Family LP

3.36  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.148___
☐ Schedule G _____
Ung Ly Eav & Hong Kim Chhour

3.37  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.141___
☐ Schedule G _____
The Irvine Company, LLC

3.38  KCI Investments, Inc.
c/o Ken Antos
5148 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
Craig A. Bernstein, Esq.

Debtor 1  Kenneth Martin Antos
          Sheila Mae Neumann-Antos                                    Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.39  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.97___
☐ Schedule G _____
MR-3, LLC

3.40  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.86___
☐ Schedule G _____
Luther Lane Properties LLC

3.41  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.129___
☐ Schedule G _____
Small Business Financial Solutions LLC

3.42  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
Kapitus Servicing

3.43  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
ICON General Contractors, Inc.

3.44  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
Papa John's International, Inc.

3.45  KCI Investments, Inc.
      c/o Ken Antos
      5148 Spanish Heights Dr.
      Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
Baker Architecture, Inc.

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46  KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>Labor Commissioner, State of California |
| 3.47  KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Leed Mechanical |
| 3.48  KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>Knight Capital Funding |
| 3.49  KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>California Franchise Tax Board |
| 3.50  KCI Investments, Inc.<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>State Labor Commissioner |
| 3.51  KCI Investments, LLC<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.114___<br>☐ Schedule G _____<br>Robert Walsh |
| 3.52  KCI Investments, LLC<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>Simpson VIII, LLC |

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.53 | KCI Investments, LLC<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>Simpson IV , LLC |
| 3.54 | KCI Investments, LLC<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Megan Han |
| 3.55 | KCI Investments, LLC<br>c/o Ken Antos<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Charles and Kathleen Stelzner Trust |
| 3.56 | KCI Restaurant I LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Megan Han |
| 3.57 | KCI Restaurant I LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>Kapitus Servicing |
| 3.58 | KCI Restaurant I LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Zhou Xiao |
| 3.59 | KCI Restaurant I LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Zhou Xiao |
| 3.60 | KCI Restaurant II LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.155___<br>☐ Schedule G _____<br>Zhiyuan Miao |

| Debtor 1 | Kenneth Martin Antos<br>Sheila Mae Neumann-Antos | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.61  KCI Restaurant II LLC
4033 Dean Martin Drive
Las Vegas, NV 89103

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
Rapid Financial Services, LLC

---

3.62  KCI Restaurant II LLC
4033 Dean Martin Drive
Las Vegas, NV 89103

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
Kapitus Servicing

---

3.63  PRB I, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
CBC Partners I, LLC

---

3.64  PRB I, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
Express Working Captial, LLC

---

3.65  PRB I, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.140___
☐ Schedule G _____
TCA Global Credit Master Fund LP

---

3.66  PRB I, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
American Express

---

3.67  PRB I, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
Chase

---

Debtor 1    Kenneth Martin Antos
            Sheila Mae Neumann-Antos                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Chase |
| 3.69  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Zhou Xiao |
| 3.70  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Megan Han |
| 3.71  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>ICON General Contractors, Inc. |
| 3.72  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Papa John's International, Inc. |
| 3.73  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Baker Architecture, Inc. |
| 3.74  PRB I, L.L.C.<br>c/o Ken Antos<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Leed Mechanical |

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* |
|---|---|---|
| | Sheila Mae Neumann-Antos | |

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.75   PRB II, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.70___
☐ Schedule G _____
Jim L. Shetakis Distributing Co.

3.76   PRB II, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
Great Wash Park, LLC

3.77   PRB II, L.L.C.
c/o Ken Antos
5418 Spanish Heights Dr.
Las Vegas, NV 89148

☐ Schedule D, line _____
■ Schedule E/F, line ___4.80___
☐ Schedule G _____
Labor Commissioner, State of California

3.78   Preferred Healthcare Brands LLC
c/o Preferrred Heathcare Holdings, Inc.
5980 S. Rainbow Blvd., Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.152___
☐ Schedule G _____
Vincent A. Fiorillo Trust

3.79   Preferred Healthcare Brands LLC
c/o Preferrred Heathcare Holdings, Inc.
5980 S. Rainbow Blvd., Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
Jeffrey Sherman

3.80   Preferred Healthcare Brands LLC
c/o Preferrred Heathcare Holdings, Inc.
5980 S. Rainbow Blvd., Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
C and A Santa Ana Living Family Trust

3.81   Preferred Healthcare Brands LLC
c/o Preferrred Heathcare Holdings, Inc.
5980 S. Rainbow Blvd., Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.83___
☐ Schedule G _____
Louis and Carolyn Lucido

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* |
|---|---|---|
| | Sheila Mae Neumann-Antos | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.82 | Preferred Healthcare Brands LLC<br>c/o Preferrred Heathcare Holdings, Inc.<br>5980 S. Rainbow Blvd., Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>Jeffrey Mayberry |
| 3.83 | Preferred Healthcare Brands LLC<br>c/o Preferrred Heathcare Holdings, Inc.<br>5980 S. Rainbow Blvd., Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Richard Steinback |
| 3.84 | Preferred Healthcare Brands LLC<br>c/o Preferrred Heathcare Holdings, Inc.<br>5980 S. Rainbow Blvd., Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Joe Galligan/J&R Galligan Revoc. Trust |
| 3.85 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Patrick Lopez |
| 3.86 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Severn Bizzaro |
| 3.87 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>Dykema Gossett PLLC |
| 3.88 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>Vincent A. Fiorillo Trust |
| 3.89 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Jeffrey Sherman |

Official Form 106H                                Schedule H: Your Codebtors

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Kenneth Martin Antos<br>Sheila Mae Neumann-Antos | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.90 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
C and A Santa Ana Living Family Trust

3.91 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
Louis and Carolyn Lucido

3.92 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.67__
☐ Schedule G _____
Jeffrey Mayberry

3.93 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.137__
☐ Schedule G _____
Susan Nichols Steinback

3.94 Preferred Healthcare Holdings Inc.
c/o Sabian Waldman
9649 Black Coyote Ct.
Las Vegas, NV 89139

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
Richard Steinback

3.95 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
Joe Galligan/J&R Galligan Revoc. Trust

3.96 Preferred Healthcare Holdings Inc.

☐ Schedule D, line _____
■ Schedule E/F, line __4.60__
☐ Schedule G _____
Half Dental Franchise

3.97 Preferred Healthcare Holdings Inc.
5980 S. Rainbow Blvd., #300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
Jen Ashton c/o Reiki Center

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos
            Sheila Mae Neumann-Antos                                          Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.98 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.88____<br>☐ Schedule G _____<br>Maurene Kirkland |
|---|---|---|
| 3.99 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.138____<br>☐ Schedule G _____<br>T.M. Family Assets LP |
| 3.100 | Preferred Healthcare Holdings Inc.<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |
| 3.101 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.155____<br>☐ Schedule G _____<br>Zhiyuan Miao |
| 3.102 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.140____<br>☐ Schedule G _____<br>TCA Global Credit Master Fund LP |
| 3.103 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.73____<br>☐ Schedule G _____<br>Kapitus Servicing |
| 3.104 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.127____<br>☐ Schedule G _____<br>Simpson VIII, LLC |

| Debtor 1 | Kenneth Martin Antos | Case number (if known) | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>5 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>Simpson IV , LLC |
| 3.10<br>6 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Zhou Xiao |
| 3.10<br>7 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Megan Han |
| 3.10<br>8 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Papa John's International, Inc. |
| 3.10<br>9 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>FoodServiceWarehouse.com LLC |
| 3.11<br>0 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>Susan Nichols Steinback |
| 3.11<br>1 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Nevada Dept. of Taxation |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>2 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>Nevada Dept. of Taxation |
| 3.11<br>3 | Preferred Restaurant Brands, Inc.<br>c/o Managing Member<br>4033 S. Dean Martin Drive<br>Las Vegas, NV 89103 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>State of Nevada Dept. of Taxation |
| 3.11<br>4 | Preferred Site Management LLC<br>c/o Preferred Healthcare Holdings, Inc.<br>5980 S. Rainbow Blvd. Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>Vincent A. Fiorillo Trust |
| 3.11<br>5 | Preferred Site Management LLC<br>c/o Preferred Healthcare Holdings, Inc.<br>5980 S. Rainbow Blvd. Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Jeffrey Sherman |
| 3.11<br>6 | Preferred Site Management LLC<br>c/o Preferred Healthcare Holdings, Inc.<br>5980 S. Rainbow Blvd. Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>C and A Santa Ana Living Family Trust |
| 3.11<br>7 | Preferred Site Management LLC<br>c/o Preferred Healthcare Holdings, Inc.<br>5980 S. Rainbow Blvd. Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Louis and Carolyn Lucido |
| 3.11<br>8 | Preferred Site Management LLC<br>c/o Preferred Healthcare Holdings, Inc.<br>5980 S. Rainbow Blvd. Ste. 300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>Jeffrey Mayberry |

| Debtor 1 | Kenneth Martin Antos |
| | Sheila Mae Neumann-Antos |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

**3.11 9**  Preferred Site Management LLC
c/o Preferred Healthcare Holdings, Inc.
5980 S. Rainbow Blvd. Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.137___
☐ Schedule G _____
Susan Nichols Steinback

**3.12 0**  Preferred Site Management LLC
c/o Preferred Healthcare Holdings, Inc.
5980 S. Rainbow Blvd. Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
Richard Steinback

**3.12 1**  Preferred Site Management LLC
c/o Preferred Healthcare Holdings, Inc.
5980 S. Rainbow Blvd. Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.71___
☐ Schedule G _____
Joe Galligan/J&R Galligan Revoc. Trust

**3.12 2**  Preferred Site Management LLC
c/o Preferred Healthcare Holdings, Inc.
5980 S. Rainbow Blvd. Ste. 300
Las Vegas, NV 89118

☐ Schedule D, line _____
■ Schedule E/F, line ___4.153___
☐ Schedule G _____
Walmart Services

**3.12 3**  Richard Groberg
2752 Kilwinning Dr.
Henderson, NV 89044

☐ Schedule D, line _____
■ Schedule E/F, line ___4.155___
☐ Schedule G _____
Zhiyuan Miao

**3.12 4**  Richard Groberg
2752 Kilwinning Dr.
Henderson, NV 89044

☐ Schedule D, line _____
■ Schedule E/F, line ___4.140___
☐ Schedule G _____
TCA Global Credit Master Fund LP

**3.12 5**  Robert Walsh
400 South Maryland Parkway
Las Vegas, NV 89101

☐ Schedule D, line _____
■ Schedule E/F, line ___4.97___
☐ Schedule G _____
MR-3, LLC

**3.12 6**  Robert Walsh
400 South Maryland Parkway
Las Vegas, NV 89101

☐ Schedule D, line _____
■ Schedule E/F, line ___4.86___
☐ Schedule G _____
Luther Lane Properties LLC

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | Kenneth Martin Antos | Case number *(if known)* | |
|---|---|---|---|
| | Sheila Mae Neumann-Antos | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12 7 | Robert Walsh<br>400 South Maryland Parkway<br>Las Vegas, NV 89101 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>Vestar/Kimco Tustin, L.P. |
| 3.12 8 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>C and A Santa Ana Living Family Trust |
| 3.12 9 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Jeffrey Sherman |
| 3.13 0 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>Louis and Carolyn Lucido |
| 3.13 1 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Joe Galligan/J&R Galligan Revoc. Trust |
| 3.13 2 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>Jeffrey Mayberry |
| 3.13 3 | Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>Susan Nichols Steinback |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   Kenneth Martin Antos
       Sheila Mae Neumann-Antos                                     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.134   Value Dental Centers Licensing LLC<br>c/o Preferred Heald Care Brands LLC<br>5980 S. Rainbow Blvd., #300<br>Las Vegas, NV 89118 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>Richard Steinback |
| 3.135   Xinmin Liu aka Mike Liu | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.155__<br>☐ Schedule G _____<br>Zhiyuan Miao |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| Debtor 2 (Spouse, if filing) | Sheila Mae Neumann-Antos |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ■ Not employed | ☐ Employed ■ Not employed |
| **Occupation** | Retired | Retired |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| **5. List all payroll deductions:** |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,707.00 | $ 2,315.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 1,673.14 | $ 320.57 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,380.14 | $ 2,635.57 |

| | | | | |
|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,380.14 | + $ 2,635.57 = | $ 7,015.71 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 7,015.71

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| Debtor 1 | Kenneth Martin Antos |
|---|---|
| Debtor 2 (Spouse, if filing) | Sheila Mae Neumann-Antos |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ | 1,383.24 |
| | **If not included in line 4:** | | | |
| 4a. | Real estate taxes | 4a. | $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 250.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ | 0.00 |

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                        Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---:|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 295.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 83.07 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 314.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 850.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 50.00 |
| 10. | **Personal care products and services** | | 10. | $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 283.00 |
| | 15b. | Health insurance | 15b. | $ | 884.64 |
| | 15c. | Vehicle insurance | 15c. | $ | 140.00 |
| | 15d. | Other insurance. Specify:   Life insurance for grandson | 15d. | $ | 6.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   Payment plan for business tax liability | | 16. | $ | 1,582.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:   Alarm System | | 21. | +$ | 55.78 |
| | Home Appliance Warranty | | | +$ | 59.00 |
| | Home Appliance Warranty for Palazzo Marcelli Ct. | | | +$ | 55.50 |
| 22. | **Calculate your monthly expenses** | | | | |
| | 22a. Add lines 4 through 21. | | | $ | 7,391.23 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | | $ | 7,391.23 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. | $ | 7,015.71 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. | -$ | 7,391.23 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. | $ | -375.52 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.     Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Kenneth Martin Antos | X /s/ Sheila Mae Neumann-Antos |
|---|---|
| Kenneth Martin Antos | Sheila Mae Neumann-Antos |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   May  6, 2022 | Date   May  6, 2022 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name                Middle Name                Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 4968 Mountain Foliage Dr. Las Vegas, NV 89148 | From-To: 2018 thru 5/2020 | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |
| 11512 Belmont Lake Dr., #101 Las Vegas, NV 89135 | From-To: 5/2020 thru current | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number (if known) _____

---

**Part 2**    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■  No
☐  Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

5.    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $13,535.00 | Social Security Benefits | $11,575.55 |
| | Pension | $8,365.00 | Pension | $1,603.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | Social Security Benefits | $33,402.00 | Social Security Benefits | $26,388.00 |
| | Pension | $20,078.00 | Pension | $3,847.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | Social Security Benefits | $33,402.00 | Social Security Benefits | $26,388.00 |
| | Pension | $20,078.00 | Pension | $3,847.00 |

---

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
■  No.    Go to line 7.
☐  Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | Kenneth Martin Antos | |
|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | Case number *(if known)* |

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| CT Communications LLC v. KCI Investments, LLC dba Capriotti's Sandwich Shop and Kenneth Antos<br>A-16-730511-F | Foreign Judgment | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Notice of Entry of Judgment |
| CT Communications LLC v. KCI Investments, LLC dba Capriotti's Sandwich Shop and Kenneth Antos<br>CC-15-01214-A | Breach of Contract | County Court, Dallas County<br>Texas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment in favor of Plaintiff |
| Express Working Capital, LLC v. PRB I LLC dba Papa John's #3583 and Kenneth Antos<br>CD-16-00023 | Breach of Contract | District Court, Dallas County, Texas | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Kenneth Martin Antos |
|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number (*if known*) _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Craig A. Bernstein v. KCI Investments LLC dba Capriotti's Sandwhich Shop and Ken Antos<br>2015-077262-3 | Breach of Contract | County Court, Tarrant County, TX | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| E&H Distributing Company Inc., dba U.S. FoodServices and dba Outwest Meats v. Kenneth Antos<br>A-16-730351-C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Default Judgment |
| Great Wash Park, LLC v. PRB II, LLC and Ken Antos<br>A-17-72667C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Jim L. Shetakis Distributing Co. v. PRB II, LLC v. Elements Casual Dining & Coctails LLC, and Ken Anton<br>A-15-728832-C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Luther Lane Properties LLC v. KCI Investments LLC dba Capriotti's Sandwich Shop et al.<br>DC-15-03357 | Breach of Contract | District Court, Dallas County, TX | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| MR-3 LLC v. KCI Investments, LLC, Kenneth Antos, and Robert Walsh<br>37-2015-00031164-CU-BCCTL | Breach of Contract | Superior Court, State of California<br>County of San Diego | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Magnolia Financial Group, LLC v. Kenneth Antos, David BeckLean and KCI Investments, LLC<br>0080716 | Breach of Contract | 29th Judicial District Court<br>St. Charles Parish, State of Louisiana | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Patricia Kibbe v. KCI Investments, LLC,Kenneth Antos, Robert Walsh, Donald Porges, and David Becklean<br>A-16-730535-C | Breach of Contract | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Rapid Financial Services, LLV v. KCI Restaurants II LLC and Kenneth Antos<br>413289-V | Breach of Contract | Circuit Court for Montgomery County, MD | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment |
| Small Business Financial Solutions v. Capriotti's Mission Valley, LLC, KCI Investments, LLC, Elements-An Alex Stratta Casual Restaurant LLC, and Kenneth Antos<br>413292-V | Breach of Contract | Circuit Court of Maryland for Montgomery County | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | Kenneth Martin Antos | | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | Case number *(if known)* | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| TCA Global Credit Master Fund, LP v. Preferred Restaurant Brands, Inc.  fka Dixie Foods Inernational, Inc. et al<br>CACE-16-004497 | Breach of Contract | 17th Judicial Circuit Court<br>Broward County, FL | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| The Ivine Company LLC v. KCI Investments LLC, Capriotti's Sandwich Shop, Sheila Antos<br>30-2015-00826624-CU-BC-CJC | Breach of Lease | Superior Court, State of California<br>for the County of Orange | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Judgment |
| Vestar/Kimco Tustin, L.P. v. KCI Investments, LLC, Capriotti's Sandwich Shop, Kenneth Antos, Sheila Antos, Robert Walsh, Julie and Walsh<br>30-2015-008244409-CU-BC-CJC | Breach of Contract | Superior Court, State of California<br>Orange County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Zhiyua Miao v. Preffered Restaurant Brands, Inc, KCI Restaurant II, LLC, Kenneth Antos, Xinmim Liu and Richard Groberg<br>C-15-5531 CRB | False Promise; Misrepresentation under 8 USC 1153(b)(5) | United States District Court<br>District of California | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Megan Han v. Kenneth Antos<br>A-16-744135-C | Collection | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Spanish Heights Acquisition Company, LLC v. CBC Partners I LLC<br>A-20-813439-B | NRS Chapters 78-89 | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Bank of America, NA v. Kenneth Antos<br>A-SA-828948-F | Foreign Judgment | Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| City National Bank<br>Attn: Bankruptcy Dept/Managing Agent<br>Gate Way Air<br>Wilmington, DE 19801 | 5148 Spanish Heights Dr., Las Vegas Nevada<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/1/2022 | $0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                    Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Rapid Financial Services, LLC<br>c/o Patrick J. Siegfried, Esq.<br>4500 East West Highway, 6th Flr.<br>Bethesda, MD 20814 | Creditor seized U.S. Bank Account No. 8201, however, has not receive any funds, but has a hold on the account.<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | March 2022 | $0.00 |
| Internal Revenue Service<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Social security payments.  The IRS garnished the Social Security benefits of Debtor, which forced the Debtors to enter into a monthly payment arrangement of $1,582 per month.<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 2020/2021 | Unknown |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1   Kenneth Martin Antos
Debtor 2   Sheila Mae Neumann-Antos                                        Case number *(if known)*

---

**Part 6:**   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com | Attorney fees for initial bankruptcy assessment and defense of pending lawsuits; subpoenas for documents, and judgment debtor exams. | 1/2016 ($10,000) and 9/2016 ($10,000); Misc. invoices for costs ($644.58) | $20,644.58 |
| Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com | Attorney Fees for chapter 7 bankruptcy | 9/2017 | $11,000.00 |
| Larson, Zirow & Kaplan<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 | Attorneys fees.  In 2019, LZ&K recieved for payment an Indiana Jones Pinball Machine valued at the time of approximately $9,000. | 2019 | $9,000.00 |
| Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com | Legal fees | 3/30/2022 | $428.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

---

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos

Case number (*if known*)

18.  Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address

Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19.  Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)
☐ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| The Kenneth and Shiela Antos Living Trust Dated April 26, 2007, as amended | | |

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**  Identify Property You Hold or Control for Someone Else

23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos                    Case number *(if known)*

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN. <br><br>Dates business existed |
|---|---|---|
| Kenneth Antos | Real Estate Management | EIN:       35-2427791 <br><br>From-To |

| Debtor 1 | Kenneth Martin Antos |
| Debtor 2 | Sheila Mae Neumann-Antos |

Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Comfort Care Dentistry, LLC | Dental services | **EIN:** 45-2597518<br>**From-To** 2011-2013 |
| CCDM Investment Services, LLC<br>4033 Dean Martin Dr.<br>Las Vegas, NV 89103 | Credit services | **EIN:** 46-1831935<br>**From-To** 1/2013 to 12/2016 Revoked |
| CCDM LLC<br>5418 Spanish Heights Dr.<br>Las Vegas, NV 89148 | | **EIN:** 45-3130251<br>**From-To** 2011-2012 Revoked |
| Conservative Wear Cothing LLC<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | Never launched | **EIN:**<br>**From-To** 2011-2014 |
| Elements Casual Dining & Cocktails, LLC<br>4033 Dean Martin Dr.<br>Las Vegas, NV 89103 | Restaurant | **EIN:** 47-1421007<br>**From-To** 7/2014-7/2018 |
| KCI Investments, LLC<br>5148 Spanish Heights Drive<br>Las Vegas, NV 89148 | Restaurant | **EIN:** 20-2564240<br>**From-To** 11/2004-11/2015 |
| KCI Restaurant I LLC | Restaurant | **EIN:** 90-0969419<br>**From-To** Until 2014 |
| KCI Restaurant II LLC<br>4033 Dean Martin Drive<br>Las Vegas, NV 89103 | Restaurant | **EIN:** 46-0470910<br>**From-To** Unitl 2/2014 |
| PRB I L.L.C.<br>5148 Spanish Heights Dr.<br>Las Vegas, NV 89148 | Restaurant | **EIN:** 46-4856972<br>**From-To** 8/2014- Revoked |
| PRB II, LLC<br>4033 S. Dean Martin Dr.<br>Las Vegas, NV 89103 | Restaurant | **EIN:** 46-1966073<br>**From-To** 2014-2015 |
| PRB III, LLC<br>4033 S. Dean Martin Dr.<br>Las Vegas, NV 89103 | Restaurant | **EIN:**<br>**From-To** 4/2012-4/2015 |
| PRB IV, LLC<br>4033 S. Dean Martin Dr.<br>Las Vegas, NV 89109 | Restaurant | **EIN:**<br>**From-To** 4/2013-4/2015 Revoked |
| PRB V, LLC<br>4033 S. Dean Martin Dr.<br>Las Vegas, NV 89103 | Restaurant | **EIN:**<br>**From-To** 8/2014-8/2015 |

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                         Case number *(if known)*

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |
|---|---|---|---|
| Preferred Restaurant Brands, Inc. c/o Managing Member 4033 S. Dean Martin Drive Las Vegas, NV 89103 | Dental services | EIN: | 47-3538353 |
| | | From-To | 3/2015-2018 Revoked |
| Preferred Site Management, LLC 5148 Spanish Heights Dr. Las Vegas, NV 89148 | Management services | EIN: | 47-4200832 |
| | | From-To | 6/2015-2019 Revoked |
| Preferred Restaurant Brands, Inc. 5148 Spanish Heights Dr. Las Vegas, NV 89148 | Restaurants | EIN: | 80-0608195 |
| | | From-To | 2014-2017 Revoked |
| Value Dental Centers 4505 E. Mckellips Road Mesa AZ, 85215 | Dental Services | EIN: | 81-3526735 |
| | | From-To | 2017-2019 |
| Value Dental Centers 1955 S. Stapley Drive Mesa AZ, 85204 | Dental Services | EIN: | 81-3443283 |
| | | From-To | 2017-2019 |
| Value Dental Centers 1380 W. Elliot Road Tempe, AZ 85284 | Dental Services | EIN: | 81-3405866 |
| | | From-To | 2017-2019 |
| Value Dental Center 2750 E. Germann Road Chandler, AZ 85286 | Dental Services | EIN: | 81-3401101 |
| | | From-To | 2017-2019 |
| Value Dental Centers 2501 S. Market Street Gilbert, AZ 85295 | Dental Services | EIN: | 81-3483937 |
| | | From-To | 2017-2019 |
| Value Dental Centers 1100 N. Estrella Parkway Goodyear, AZ 85338 | Dental Services | EIN: | 81-3493430 |
| | | From-To | 2017-2019 |
| Value Dental Centers 21055 E Rittenhouse Queen Creek, AZ 85142 | Dental Services | EIN: | 35-2559924 |
| | | From-To | 2017-2019 |
| Value Dental Centers 3943 S. Grand Avenue Chino, CA 91710 | Dental Services | EIN: | 81-2007163 |
| | | From-To | 2017-2019 |
| Value Dental Center 12721 Moreno Beach Drive Moreno Valley, CA | Dental Services | EIN: | 81-2021455 |
| | | From-To | 2017-2019 |
| Preferre Healthcare Holdings, Inc. 5980 S. Rainbow Blvd Las Vegas, NV 89118 | Dental services | EIN: | 81-1420376 |
| | | From-To | 2015-2019 |

Debtor 1    Kenneth Martin Antos
Debtor 2    Sheila Mae Neumann-Antos

Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Value Dental Centers<br>5980 S. Rainbow<br>Las Vegas, NV 89118 | Dental Services | EIN:        81-4467219<br><br>From-To   2017-2019 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Debtor 1 | Kenneth Martin Antos | Case number (if known) | |
|---|---|---|---|
| Debtor 2 | Sheila Mae Neumann-Antos | | |

---

**Part 12:  Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Kenneth Martin Antos | /s/ Sheila Mae Neumann-Antos |
|---|---|
| Kenneth Martin Antos | Sheila Mae Neumann-Antos |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date**    May  6, 2022 | **Date**    May  6, 2022 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kenneth Martin Antos |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Sheila Mae Neumann-Antos |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7        12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  New Res-Shellpoint Mtg <br><br> Description of property securing debt:  11512 Belmont Lake Dr., #101 Las Vegas, NV 89135  Clark County | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> Debtor will retain collateral and continue to make regular monthly payments. | ☐ No <br><br> ■ Yes |
| Creditor's name:  Rushmore Loan Management Services <br><br> Description of property securing debt:  10180 Palazzo Marelli Ct. Las Vegas, NV 89148  Clark County Rental property; currently rented to daughter | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name:  Santander Consumer Usa | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a | ☐ No <br><br> ■ Yes |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    Kenneth Martin Antos

Debtor 2    Sheila Mae Neumann-Antos                                    Case number *(if known)* _____

| | | |
|---|---|---|
| Description of property<br>securing debt: | 2017 Dodge Ram 1500 34000 miles<br>Vehicle in control of daughter, and she makes the payments | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>Debtor will retain collateral and continue to make regular monthly payments. |

| | | | |
|---|---|---|---|
| Creditor's name: | Select Portfolio Servicing | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property<br>securing debt: | 4968 Mountain Foilage Dr. Las Vegas, NV 89148  Clark County<br>Rental property; going into foreclosure | | |

| | | | |
|---|---|---|---|
| Creditor's name: | Specialized Loan Serving | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property<br>securing debt: | 4968 Mountain Foilage Dr. Las Vegas, NV 89148  Clark County<br>Rental property; going into foreclosure | | |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:    Cathy J. Herring | ■ No<br><br>☐ Yes |
| Description of leased Property:    Lease Agreement for 10180 Palazzo Marcelli Court, Las Vegas, Nevada | |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Kenneth Martin Antos _____          X  /s/ Sheila Mae Neumann-Antos _____

Kenneth Martin Antos                                        Sheila Mae Neumann-Antos

Signature of Debtor 1                                        Signature of Debtor 2

Date    May  6, 2022 _____                    Date    May  6, 2022 _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    Kenneth Martin Antos
       Sheila Mae Neumann-Antos                                Case No. _____

                                    Debtor(s)                Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ......................................................  $  _____428.00

        Prior to the filing of this statement I have received ..........................................  $  _____428.00

        Balance Due .........................................................................................................  $  _____0.00

2.    The source of the compensation paid to me was:

        ■ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

        ■ Debtor     ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May  6, 2022
_____
*Date*

/s/ Zachariah Larson
Zachariah Larson 7787
*Signature of Attorney*
Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170  Fax: 702-382-1169
zlarson@lzlawnv.com
_____
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    Kenneth Martin Antos
         Sheila Mae Neumann-Antos

                                              Debtor(s)

Case No. _____

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    May  6, 2022                    /s/ Kenneth Martin Antos
                                         Kenneth Martin Antos
                                         Signature of Debtor

Date:    May  6, 2022                    /s/ Sheila Mae Neumann-Antos
                                         Sheila Mae Neumann-Antos
                                         Signature of Debtor

Kenneth Martin Antos
Sheila Mae Neumann-Antos
11512 Belmont Lake Dr., #101
Las Vegas, NV 89135

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

23330 Moulton Parkway, LLC
Attn: Managing Member
30012 Ivy Glenn Dr., Ste. 200
Laguna Niguel, CA 92677

5148 Spanish Heights, LLC
c/o Mushkin & Coppedge
Attn: Michael Mushkin
6070 S. Eastern Avenue Suite 270
Las Vegas, NV 89119

5801 Preston Road Holding LP
c/o UCR Assets Services
Attn: Managing Member
7001 Preston Rd., Ste. 215
Dallas, TX 75205

Accelerated Tax Solutions
Edward Warren
9838 Baymeadows Rd., Ste. 335
Jacksonville, FL 32256

Allied Collection Serv
Attn: Bankruptcy Dept/Managing Age
3080 S Durango Dr
Las Vegas, NV 89117

Ally Financial
Attn: Bankr. Dept./Managing Member
P.O. Box 380902
Bloomington, MN 55438-0902

Alpine Creek Capital
c/o Bryan Galligan
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Alton Retail
c/o Bewley Lassleben & Miller LP
13215 East Penn Ste., Ste. 510
Whittier, CA 90602

American Express
c/o Sean M. Ambrose, Esq.
Michael & Associates P.C.
1850 E. Flamingo Rd. #204
Las Vegas, NV 89119

Amex
Attn: Bankruptcy Dept/Managing Agent
P.o. Box 981537
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Baker Architecture, Inc.
c/o Gary S. Barthel, Esq.
Military Law Center, Inc.
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008

Bank of America
c/o Nathan Kanute, Esq.
Snell & Wilmer LLP
50 Liberty Street, Ste. 510
Reno, NV 89501-1961

Bank of Nevada
Attn: Bankruptcy Dept/ Managing Ag
2700 West Sahara Avenue
Las Vegas, NV 89102

BH Management, Inc.
Attn: Managing Member
11111 Santa Monica Blvd. Ste. 600
Los Angeles, CA 90025

Brian Campbell
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086

Bryan Galligan
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

BTC Trust Company of SD
c/o David Gutke, Esq.
Evans Fears & Schutter LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119

C and A Santa Ana Living Family Trust
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

California Franchise Tax Board
Attn: Bankruptcy Dep't/Managing Ag
P.O. Box 942840
Sacramento, CA 94240-0040

Capital One Bank Usa
Attn: Bankruptcy Dept/Managing Agent
15000 Capital One Dr.
Richmond, VA 23238

Capital One Bank Usa N
Po Box 31293
Salt Lake City, UT 84131

Capital One Bank Usa N
Attn: Bankruptcy Dept/Managing Age
Po Box 31293
Salt Lake City, UT 84131

Capriotti's Sandwich Shops Inc.
Attn: Managing Member
6056 S. Durango Drive., Ste. 100
Las Vegas, NV 89113

CBC Partners I, LLC
Attn: Managing Member
305 108th Ave. NE, Suite 101
Bellevue, WA 98004

Charles and Kathleen Stelzner Trus
Charles Stelzner, Trustee
c/o Gregory S. Mills, Esq.
703 S. 8th Street
Las Vegas, NV 89101

Chase
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 15298
Wilmington, DE 19850

Chase
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 15123
Wilmington, DE 19850-5123

Chase
Attn: Bankruptcy Dept/ Managing Ag
PO Box 15123
Wilmington, DE 19850-5123

City National Bank
Attn: Bankruptcy Dept/Managing Agent
Gate Way Air
Wilmington, DE 19801

Community Management Group
Attn: Bankruptcy Dept/Managing Agent
2450 Box Canyon Dr.
Las Vegas, NV 89128

Craig A. Bernstein, Esq.
3710 Rawlins Street, Ste. 1300
Dallas, TX 75201

Crown Holdings III, LLC
c/o York Enterprises, Inc., Manager
17350 W. Sunset Blvd., #303
Pacific Palisades, CA 90272

CT Communications
c/o R. Spencer Shytles, Esq.
Grahm Bright & Smith
1401 Burnham Drive
Plano, TX 75093

Ctz Comm Fed
Attn: Bankruptcy Dept/Managing Age
P.O. Box 218
Altoona, WI 54720

Cynthia Minerich
2179 Sawtooth Mountain Dr.
Henderson, NV 89044

David Becklean
c/o Tina Becklean
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086

Dewayne Zinkin
dba West Point Shopping Center
5 River Park West, Ste. 203
Fresno, CA 93720

Dewayne Zinkin
dba West Point Shopping Cener
5 River Park West, Ste. 203
Fresno, CA 93720

Dino Davinci
9976 Sable Point St.
Las Vegas, NV 89178

Donahoe Schriber Realty Group LP
Attn: Managing Member
P.O. Box 6157
Hicksville, NY 11802-6517

Donald Porges
1880 Congress Ave.
Boynton Beach, FL 33426

Doremore Family Notes
c/o Tim R. Shattuck/Jordan J. Feist
300 S. Phillips Ave., Ste. 300
PO Box 5027
Sioux Falls, SD 57117-5027

Dr. Albert Sukut
2900 Bristol St., C102
Costa Mesa, CA 92626

Dr. Rober Houchin
1125 McCarron Blvd., Ste. 107
Glenbrook, NV 89413

Dykema Gossett PLLC
Attn: Brian Colao
400 Renaissance Center
Detroit, MI 48243

E&H Distributing Company, Inc.
dba U.S. Foodservice /dba Outwest M
c/o Beverly Salhanick, Esq.
2001 S. Jones Blvd., Ste. I
Las Vegas, NV 89146

Ethan Conrad Properties Inc.
Attn: Managing Member
1300 National Dr., Ste. 100
Sacramento, CA 95834

Express Working Captial, LLC
Attn: Managing Member
4890 Alpha Rd., Ste. 200
Dallas, TX 75244

FoodServiceWarehouse.com LLC
Attn: Bankruptcy Dept/Managing Age
84 Inverness Circle East
Englewood, CO 80112

Forest City Residential Mgmt., Inc.
Attn: Managing Member
1800 Main Street
Dallas, TX 75201

Gary S. Barthel
Attn: Bankruptcy Dept/Managing Agent
2173 Salk Ave. Suite 250
Carlsbad, CA 92008

Great Wash Park LLC

Great Wash Park, LLC
c/o Terry A. Moore,Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Hillcrest Development Partners, LLC
c/o Charles Dunn Co.
800 W. 6th Street
Los Angeles, CA 90017

I.I.T.
c/o PS Property Management
Attn: Managing Member
4030 Truxel Rd., Ste. D
Sacramento, CA 95834

Jeffrey Sherman
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Joe Galligan/J&R Galligan Revoc. Trust
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Kate Frenzinger
Frenzinger Law PLC
6363 N. Swan Rd., Ste 151
Tucson, AZ 85718

KJHELM Holding LLC
Attn: Bankruptcy Dept/Managing Agent
C/O Robert James Houchin, DDS
1857 Geno Street
Gardnerville, NV 89410

Labor Commissioner, State of California
Attn: Bankruptcy Dept/Managing Agent
605 West Santa Ana Blvd.
Rm. 625, Buidling 28
Santa Ana, CA 92701

Louis and Carolyn Lucido
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Luther Lane Properties LLC
c/o Thomas F. Lillard, Esq.
Lillard Wise Szygenda PLLC
13760 Noel Rd., Ste. 1150
Dallas, TX 75240

Hair Dental Franchise
c/o Gregory N. Hoole
Hoole & King, L.C.
4276 Highland Drive
Salt Lake City, UT 84124

Huann Ching and Ching Tang
c/o Tiner Properties, Inc.
Attn: Managing Member
6837 Fair Oakes Blvd.
Carmichael, CA 95608

ICON General Contractors, Inc.
c/o V. Blair Shahbazian, Esq.
Murphy Austin Adams Schoenfeld LLP
555 Capitol Mall, Ste. 850
Sacramento, CA 95814

Jen Ashton c/o Reiki Center
Attn: Ms. Jen Ashton
2280 S. Jones Blvd.
Las Vegas, NV 89146

Joseph P. Gee and Lucia K. Jim-Gee
 Living Trust dtd 4/1/1999
P.O. Box 1873
W. Sacramento, CA 95690

Kelly Galligan
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

KJHELM Holding LLC
Attn: Bankruptcy Dept/Managing Agent
c/o Jeri Coppa-Knudson
3495 Lakeside Drive, PMB 62
Reno, NV 89509

Leed Mechanical
c/o V.B. Lair Shahbazian
Murphy Austin Adams Shoenfeld LLP
555 Capital Mall, Ste. 850
Sacramento, CA 95814

Louis Esbin Law
Attn: Bankruptcy Dept/Managing Agent
651-D Oak Grove Ave.
Menlo Park, CA 94025

Magnolia Financial Group, LLC
c/o George P. Vourvoulias, Esq.
Harmon, Smith & Vourvoulias, LLC
400 Poydras Street, Ste. 1680
New Orleans, LA 70130

Hanford-Armona Property, LLC
c/o Siegal & Company
Attn: Managing Member
1616 W. Shaw
Fresno, CA 93711

Hyundai Capital America
Attn: Bankruptcy Dept/Managing Age
10550 Talbert Ave
Fountain Valley, CA 92708

Jeffrey Mayberry
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Jim L. Shetakis Distributing Co.
c/o Jason D. Smith, Esq.
Santoro Whitmire
10100 W. Charleston Blvd., #250
Las Vegas, NV 89135

Kapitus Servicing
Attn: Chris Murino
120 W. 45th Street
New York, NY 10036

Kevin Galligan
c/o Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Knight Capital Funding
Attn: Bankruptcy/Managing Agent
9 E. Loockerman Street, Ste. 202-54
Dover, DE 19901

Liberty Alarms
Attn: Bankruptcy Dept/Managing Age
P.O. Box 90700
Henderson, NV 89009

LSM Center Partners
Attn: Bankruptcy Dept/Managing Age
4021 Preston Rd.
Plano, TX 75093

Maurene Kirkland
TM Family Assets LP
c/o Travis Kirkland
1522 Prospect Lane
Alpine, UT 84004

Megan Han
c/o Lisa M. Chapman, Esq.
Royse Law Firm, PC
1717 Embarrcadero Rd.
Palo Alto, CA 94303

Michael Miao

Michael Waldman
2179 Sawtooth Mountain Dr.
Henderson, NV 89044

Mike Vukajlovic
2035 W. Bullard Ave.
Fresno, CA 93711

MJ Properties LP

MLCFC 2006-4 Sahara Retail, LLC
c/o Voit Real Estate Services
6385 S. Rainbow Blvd., Ste. 100
Las Vegas, NV 89118

Mohammad Asif
770 Tennessee Street
Redland, CA 92174

Monte & Lucia Albers Living Trust
Attn: Trustee
P.O. Box 458
Brentwood, CA 94513

MR-3, LLC
c/o John J. McNutt, Esq.
Dentons US LLP
600 West Broadway, Ste 2600
San Diego, CA 92101

Nersesian and Sankiewicz
Attn: Managing Member
528 S. 8th Street
Las Vegas, NV 89101

New Res-Shellpoint Mtg
Attn: Bankruptcy Dept/Managing Agent
55 Beattie Place
Greenville, SC 29601

PAC Investors, LLC
c/o Joe Pickett, Managing Member
7301 N. Remington Ave.
Fresno, CA 93711

Pacific Premier Trust
Attn: Bankruptcy Dept/Managing Agent
1801 California St. Suite 800
Denver, CO 80202

Papa John's International, Inc.
c/o The Faux Law Group
Attn: Kurt C. Faux, Esq.
2625 N. Green Valley Pkwy, #100
Henderson, NV 89014

Patrick Lopez
Lopez & Associates
25124 Springfield Ct.
Valencia, CA 91355

Perkins Coie
Attn: Bankruptcy Dept/Managing Agent
William W. WiMaxwell
500 N. Akard St. Suite 3300
Dallas, TX 75201-3347

Pioneer Credit Recovery
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 500
Horseheads, NY 14845

Pisanelli Bice PLLC
Attn: Todd Bice
400 South 7th Street
Las Vegas, NV 89101

Plusfour, Inc
Attn: Bankruptcy Dept/Managing Agent
Po Box 95846
Las Vegas, NV 89193

Rapid Financial Services, LLC
c/o Patrick J. Siegfried, Esq.
4500 East West Highway, 6th Flr.
Bethesda, MD 20814

Republic Services
Attn: Bankruptcy Dept. / Managing A
770 E. Sahara Ave.
Las Vegas, NV 89104-2943

Richard Groberg
2752 Kilwinning Dr.
Henderson, NV 89044

Richard Steinback
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Ridgeway Development
Attn: Managing Member
2804 Lafayette Ave.
Newport Beach, CA 92663

Ridgeway/Whitney, General Partnership
Attn: Managing Member
2804 Lafayette Ave.
Newport Beach, CA 92663

Robert Walsh
c/o Garman Turner Gordon
Attn: Erika Pike Turner, Esq.
7251 Amigo, Ste. 210
Las Vegas, NV 89119

Robert Walsh
400 South Maryland Parkway
Las Vegas, NV 89101

Rosado Associates
Attn: Managing Member
P.O. Box 13086
La Jolla, CA 92039-3086

RPMG, Inc.
Attn: Bankruptcy Dept/Managing Agent
3077 E. Warm Springs Rd.
Las Vegas, NV 89120

Rtwon Investors II, LLC
c/o Managing Member
265 E. River Park Circle, Ste. 465
Fresno, CA 93720

Rushmore Loan Management Services
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 55004
Irvine, CA 92619

Sabian Waldman
9976 Sable Point St.
Las Vegas, NV 89178

Sahara Pavillion
c/o Robert N. Brier
Brier, Irish Hubbard & Erhart
2400 E. Arizona Biltmore Cir., Ste. 1
Phoenix, AZ 85016

Saldutti Law Group
Attn: Bankruptcy Dept/Managing Agent
1735 Market St. Suite 3750
Philadelphia, PA 19103

Samuels and Son Seafood
Attn: Bankruptcy Dept/Managing Agent
3400 S Lawrence St.
Philadelphia, PA 19148

Santander Consumer Usa
Attn: Bankruptcy Dept/Managing Age
Po Box  961211
Fort Worth, TX 76161

Sawco Holdings LLC
Attn: Sabian Waldman
9976 Sable Point St.
Las Vegas, NV 89178

Select Portfolio Servicing
Attn: Bankruptcy Dept./Managing Agent
PO Box 65250
Salt Lake City, UT 84165

Severn Bizzaro
Attn: Bankruptcy Dept/Managing Age
P.O. Box 313
Gilbert, AZ 85299

Shawna Roley
909 W. 19th Street
Costa Mesa, CA 92627

Simpson IV , LLC
c/o David Gutke, Esq.
Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119

Simpson VIII, LLC
c/o David Gutke, Esq.
Evans Fears & Schuttert LLP
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119

SJC Ventures LLC
c/o Maier Gutierrez & Associates
Attn: Joseph A. Gutierrez, Esq.
8816 Spanish Ridge Ave.
Las Vegas, NV 89148

Small Business Financial Solutions LLC
c/o Patrick J. Siegfried, Esq.
4500 East West Highway, 6th Flr.
Bethesda, MD 20814

Snell & Wilmer L.L.P.
Attn: Bankruptcy Dept/Managing Age
3883 Howard Hughes Parkway, Suit11
Las Vegas, NV 89169

Southwest Gas Company
Attn: Bankruptcy Dept/Managing Agent
301 Lacey Street
West Chester, PA 19382

Spanish Heights Acquisition Company LLC
c/o Maier Gutierrez & Associates
ATtn: Joseph A. Gutierrez, Esq.
8816 Spanish Ridge Ave.
Las Vegas, NV 89148

Spanish Hills Community Associatio
Attn: Bankruptcy Dept/Managing Age
c/o RPMG, Inc.
P.O. Box 93177
Las Vegas, NV 89193

Specialized Loan Serving
Attn: Bankruptcy Dept/Managing Agent
Po Box 630147
Littleton, CO 80163

State Labor Commissioner
Judgment Enforcement Unit
JEU File: 14JSW0113
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

State of Nevada Dept. of Taxation
Attn: Bankruptcy Dept / Managing A
Grant Sawyer Bldg.
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

Strategic Funding Source, Inc.
c/o Jennifer Ballard, Esq.
120 West 45th Street, 2nd Flr.
New York, NY 10036

Susan Nichols Steinback
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

T.M. Family Assets LP
c/o Maurene Kirkland
1522 Prospect Lane
Alpine, UT 84004

Tanner Family LP
Attn: Managing Member
8200A Sierra College Blvd.
Roseville, CA 95661

TCA Global Credit Master Fund LP
c/o Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 North Federal Highway
Boca Raton, FL 33431

The Irvine Company, LLC
c/o Ernie Z. Park, Esq.
Bewley Lassleben & Miller, LLP
13215 E. Penn St., Ste. 500
Whittier, CA 90602

The Northern Trust Co.
Attn: Bankruptcy Dept/Managing Agent
PO Box 92992
Chicago, IL 60675

The Ron Slate Family LP
Attn:  Managing Member
P.O. Box 808
Woodbridge, CA 95258

Tina Becklean
11917 S. Eagle Crest Dr.
Lees Summit, MO 64086

Travis Kirkland
TM Family Assets LP
c/o Travis Kirland
1522 Prospect Lane
Alpine, UT 84004

Travis Mullen
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Under Via Montana LLC
c/o Manco Abbott Esq.
1398 W. Herndon Ave., Ste. 105
Fresno, CA 93711

Ung Ly Eav & Hong Kim Chhour
1005 San Jacinto Street
Dallas, TX 75202

Vestar/Kimco Tustin, L.P.
Attn: Managing Member
2425 East Camelback Rd., Ste. 750
Phoenix, AZ 85016

Vestar/Kimco Tustin, L.P.
c/o Ernie Z. Park, Esq.
Bewley Lassleben & Miller, LLP
13215 E. Penn St., Ste. 500
Whittier, CA 90602

Via Montana, LLC

Vincent A. Fiorillo Trust
c/o Bryan Galligan
Alpine Creek Capital
21 Sea Grape Rd.
Ladera Ranch, CA 92694

Walmart Services
Attn: Bankruptcy Dept/Managing Age
702 SW 8th Street
Bentonville, AR 72716

Western Alliance Bank
Attn: Bankruptcy Dept/Managing Agent
8505 W. Centennial Parkway
Las Vegas, NV 89149

Zhiyuan Miao
c/o J. James Liu, Esq.
LiLaw, Inc.
5050 El Camino Real, Ste. 200
Los Altos, CA 94022

Zhou Xiao
c/o T. James Truman, Esq.
T. James Truman & Associates
3654 N. Ranco Dr., Ste. 101
Las Vegas, NV 89130

American Express
c/o Yvette Chevalier, Esq.
Michael & Associates, PC
1850 E. Flamingo Rd., Ste. 204
Las Vegas, NV 89119

American Express
c/o Patenaude & Felix APC
Attn: Bankruptcy Dept/Managing Agent
9619 Chesapeake Dr., Ste. 300
San Diego, CA 92123

American Express
Attn: Bankruptcy Dept/Managing Age
P.O. Box 981535
El Paso, TX 79998-1535

Cap Pock Services
c/o Benjamin & Williams
Credit Investigators
2233 Nesconset Highway, Ste. 205
Lake Grove, NY 11755

CBC Partners I, LLC
c/o Teresa Stephenson
Lane Powell PC
1420 5th Ave., Ste. 4200
Seattle, WA 98111-9402

CBC Partners I, LLC
Attn: Alan Hallberg
777 108th Ave. NE, Ste. 1895
Los Angeles, CA 90084

CT Communications LLC
c/o Law Office of Hayes & Welsh
Attn: Megan K. Mayry McHenry, Esq.
199 N. Arroyo Grande Blvd., Ste. 200
Henderson, NV 89074

David Becklean
11917 Eagel Crest Drive
Lees Summit, MO 64086

DeWayne Zinkin
dba West Pointe Shopping Center
c/o Nick Zinkin, Esq.
5 E. River Park Place West, #204
Fresno, CA 93720

Hyundai Motors
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 529027
El Dorado Hills, CA 95762-9027

ICON General Contractors, Inc.
c/o James C. Keowen
Nageley Meredith & Miller, Inc.
8801 Folsom Blvd., Ste. 172
Sacramento, CA 95826

Magnolia Financial Group, LLC
c/o Bryan M. Viellion, Esq.
Kaempfer Crowell
1980 Festival Plaza Dr., #650
Las Vegas, NV 89135

Megan Han
c/o T. James Truman, Esq.
T. James Truman & Associates
3654 N. Rancho Dr., Ste. 101
Las Vegas, NV 89130

Megan Han
c/o David Millstein, Esq.
Milstein & Associates
101 The Embarcadero, Ste. 200
San Francisco, CA 94105-1283

Papa John's International, Inc.
c/o Frost Brown Todd, LLC
Attn: Peter M. Cummins
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Rapid Financial Services, LLC
c/o Ronald H. Reynolds, Esq.
Reynolds & Associates
823 Las Vegas Blvd. So., Ste 280
Las Vegas, NV 89101

Rapid Financial Services, LLC
c/o Miles & Stockbridge P.C.
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202-1036

Ridgeway/Whitney, General Partners
c/o Leslie A. Bower, Esq.
Bower & Associates, APLC
92 Argonaut Ste. 120
Aliso Viejo, CA 92656

Strategic Funding Source, Inc.
c/o Paul A. Levin, Esq.
Mortgage Recovery Law Group, LLP
550 N. Brand Blvd., Ste. 1100
Glendale, CA 91203

Strategic Funding Source, Inc.
Attn: Bankruptcy Dept/Managing Agent
120 West 45th Street, 2nd Floor
New York, NY 10036

TCA Global
Attn: Janathan E. Perlman, Receiver
c/o GenoveseJoblove & Battista, P.A
100 N. Tampa St., Ste. 2600
Tampa, FL 33602

TCA Global Credit Master Fund, LP
c/o Kolesar & Leatham
Attn: Shlomo S. Sherman, Esq.
400 South Rampart Blvd., Ste. 400
Las Vegas, NV 89145

TCA Global Credit Master Fund, LP
c/o Lucosky Brookman LLP
101 Wood Avenue South, 5th Floor
Woodbridge, NJ 08830

TCA Global Credit Master Fund, LP
c/o Mr. Robert Press
3960 Howard Hughes Pkwy., #500
Las Vegas, NV 89169

The Irvine Company, LLC
Attn: Managing Member
101 Innovation
Irvine, CA 92617

The Northern Trust Co.
c/o Snell & Wilmer
Attn: Blakeley Griffith, Esq.
3883 Howard Hughes Pkwy., #1100
Las Vegas, NV 89169

The Ron Slate Family LP
c/o Herum Crabtree Suntag
Attn: Steven Crabtree
5757 Pacific Ave., #222
Stockton, CA 95207

Wal-Mart Stores, Inc.
Asset Management
2001 SE 10th Street
Bentonville, AR 72716-5525

Zhou Xiao
c/o David Millstein, Esq.
Millstein & Associates
101 The Embarcadero, Ste. 200
San Francisco, CA 94105-1283

**EXHIBIT A/B-6 HOUSEHOLD GOODS AND FURNISHINGS**

| | |
|---|---|
| 9. GLASS VASE W/SILK FLOWERS | $45.00 |
| 11. CHROME & GLASS COCKTAIL TABLE | $100.00 |
| 12. 2PC CURVED SECTION SOFA (PET DAMAGE) | $50.00 |
| 13. BROWN VELVET BARREL CHAIR | $35.00 |
| 15. FLOOR LAMP | $120.00 |
| 16. GLASS END TABLE | $45.00 |
| 17. WICKER TABLE W/GLASS TOP | $45.00 |
| 18. PR OF LARGE CERAMIC POTS | $90.00 |
| 19. METAL WALL PLAQUE "CORAL" | $100.00 |
| 20. LARGE VASE W/SILK ARRANGEMENT | $65.00 |
| 21. HAND BLOWN ART GLASS VASE | $120.00 |
| 23. BOOKENDS "CATS" | $25.00 |
| 24. ROUND GLASS DINING TABLE & (4) CHAIRS | $300.00 |
| 25. DARK WOOD LIQUOR CABINET | $200.00 |
| 26. 5' TALL VASE | $60.00 |
| 29. LARGE CRYSTAL BALL | $45.00 |
| 30. CONSOLE TABLE W/BRONZE FIGURAL BASE | $400.00 |
| 31. ART GLASS VASE W/ SILK FLOWERS | $30.00 |
| 32. PR OF UPHOLSTERED SIDE CHAIRS | $120.00 |
| 33. M. GODARD MIRROR | $35.00 |
| 36. 6-DRAWER BUFFET CABINET | $450.00 |
| 39. CRYSTAL DROP LAMP | $120.00 |
| 40. LARGE ART GLASS BOTTLE | $50.00 |
| 44. PR OF UPHOLSTERED BARREL CHAIRS | $140.00 |
| 45. BLACK LEATHER RECLINER | $175.00 |
| 46. BROWN VELVET BARREL CHAIR | $35.00 |
| 47. PR OF BLACK WOOD END TABLES | $90.00 |
| 48. BLACK WOOD BAR CABINET | $250.00 |
| 49. GLASS END TABLE | $45.00 |
| 50. 5' VASE | $60.00 |
| 55. PR OF ART GLASS VASES | $70.00 |
| 56. (2) BAR STOOLS | $80.00 |
| 58. LARGE COVERED URN | $45.00 |
| 59. VASE W/ SILK FLOWERS | $25.00 |
| 62. WROUGHT IRON PLANT STAND | $15.00 |
| 64. KEURIG COFFEE MAKER | $20.00 |
| 66. (2) ART GLASS CHARGERS | $100.00 |
| 67. CERAMIC VASE | $10.00 |
| 68. KITCHEN MISCELLANEOUS (POT, DISHES, UTENSILS, SMALL APPLIANCES) | $150.00 |
| 69. (4) PATIO CHAIRS & END TABLE | $75.00 |
| 70. CAST ALUMINUM TABLE & (2) CHAIRS | $45.00 |
| 71. KELVINATOR REFRIGERATOR | $150.00 |
| 72. WIRE SHELF | $30.00 |
| 73. WALKER | $25.00 |
| 74. STEP LADDER | $20.00 |
| 75. STEP STOOL | $10.00 |
| 76. CLOTHES RACK | $15.00 |
| 77. 8' LADDER | $40.00 |
| 78. ASSORTED TOOLS | $40.00 |

| | |
|---|---|
| 79. (2) DINING CHAIRS | $70.00 |
| 80. (3) WIRE SHELF UNITS | $105.00 |
| 81. GARAGE MISCELLANEOUS (DECORATIONS, HOUSEHOLD CLEANING SUPPLIES ETC.) | $150.00 |
| 87. CERAMIC STATUE "LOVERS" | $35.00 |
| 88. FRUITWOOD CONSOLE TABLE | $100.00 |
| 90. BLONDE WOOD CREDENZA | $225.00 |
| 92. PR OF UPHOLSTERED CHAIRS | $100.00 |
| 93. GLASS TOP CONSOLE TABLE W /BUTTERFLY BASE | $200.00 |
| 94. PR OF LAMPS | $60.00 |
| 95. GLASS TOP WICKER TABLE | $45.00 |
| 96. KING SIZE MATTRESS & HEADBOARD | $125.00 |
| 97. (2) NIGHTSTANDS | $120.00 |
| 98. BOOKCASE | $50.00 |
| 99. BED BENCH | $75.00 |
| 104. USED CLOTHING | $0.00 |
| 105. 3-DRAWER CHEST | $50.00 |
| 106. LAMP | $5.00 |
| 107. ASSORTED DVDS | $120.00 |
| 108. END TABLE W/ GLASS TOP | $60.00 |
| 109. (3) CERAMIC VASES | $45.00 |
| 110. ART GLASS VASE | $40.00 |
| 111. CURIO CABJNET | $275.00 |
| 117. TV STAND | $15.00 |
| 118. ROLLING BED TRAY | $45.00 |
| 121. VASE W/ DRIED ARRANGEMENT | $25.00 |
| 124. BAR REFRIGERATOR | $50.00 |
| | **$6,600.00** |

**EXHIBIT A/B-7 ELECTRONICS**

| | |
|---|---|
| 53. VIZIO 24" TV | $45.00 |
| 89. SHARP TV | $125.00 |
| 91. VCR/DVD PLAYER | $20.00 |
| 116. 24" TV | $45.00 |
| 127. SMALL STEREO | $15.00 |
| | **$250.00** |

**EXHIBIT A/B-8 COLLECTIBLES OF VALUE**

| | |
|---|---|
| 8. ROLAND POLISHED EBONY DIGITAL BABY GRAND PIANO | $3,000.00 |
| 10. LARGE OIL PAINTING SIGNED JEN ASHTON "ABSTRACT" | $400.00 |
| 14. ZANETTI MURANO ART GLASS SCULPTURE | $550.00 |
| 22. FRAMED OIL PAINTJNG UNSIGNED "FLORAL' | $65.00 |
| 27. CRYSTAL LEOPARD FIGURE | $85.00 |
| 28. FRAMED CHRISTIAN PAVLAKIS LITHOGRAPH 352/1600 "DUET IN COLORS" | $175.00 |
| 34. 4' DISPLAY PEDESTAL | $150.00 |
| 35. 4' CARVED MARBLE SCULPTURE "MAN & WOMAN" | $475.00 |
| 38. PR OF CRYSTAL CANDLE HOLDERS | $120.00 |
| 37. FRAMED ERIC CHRISTIANSEN GICLEE PRINT "WINE" | $425.00 |
| 41. FRAMED S. DALI ARTIST PROOF PRINT | $325.00 |
| 42. FRAMED BOULANGER LITHOGRAPH 713/ 1000 "CHILDREN" | $135.00 |
| 43. FRAMED BOULANGER PRINT | $20.00 |

| | |
|---|---|
| 51. M. GODARD PRINT "MARTINI" | $45.00 |
| 52. FRAMED LIND LITHOGRAPH 7/100 "FLORAL" | $75.00 |
| 54. FRAMED CANDER PRINT "EUROPEAN STREET SCENE" | $65.00 |
| 57. FRAMED GICLEE PRINT "LADY" | $65.00 |
| 60. PR OF CRYSTAL CANDLE HOLDERS | $150.00 |
| 61. FRAMED UNSIGNED PRINT "FRUIT" | $25.00 |
| 63. (10) DECORATOR CAT FIGURES | $75.00 |
| 82. FRAMED JAPANESE PRINT | $40.00 |
| 83. PR OF GOLD LEAF PICTURES | $125.00 |
| 84. BROWN ABSTRACT PAINTING UNSIGNED | $35.00 |
| 85. FRAMED S. DALI PRINT "LINCOLN" | $75.00 |
| 86. FRAMED PRINT "SWAN" | $100.00 |
| 100. FRAMED YUROZ POSTER | $60.00 |
| 101. (4) FRAMED PENCIL DRAWTNGS | $100.00 |
| 102. ROLAND HALL MIXED MEDIA PICTURE "ABSTRACT" | $250.00 |
| 103. FRAMED PRINT "ABSTRACT LADY" | $25.00 |
| 122. ASSORTED SMALL DECORATOR ITEMS | $100.00 |
| 123. FRAMED S. DALI PRINT "MELTING CLOCKS" | $90.00 |
| 125. FRAMED S. DALI ABSTRACT PRINT | $50.00 |
| 128. FRAMED PRINT "MUSICIANS" | $25.00 |
| 129. FRAMED PRINT "COURT" | $35.00 |
| 130. (2) FRAMED BOULANGER PRINTS "CHILDREN" | $30.00 |
| 131. FRAMED M. CHAGALL POSTER | $50.00 |
| | **$7,615.00** |

**EXHIBIT A/B-12 JEWELRY**

| | |
|---|---|
| 1. 10K TENNIS BRACELET APPROXIMATELY 3 CTW DIAMONDS 19.8 GRAMS | $1,500.00 |
| 2. 14K PENDANT W/PAVE DIAMONDS 4.9 GRAMS | $275.00 |
| 3. 14K RING W/ PAVE DIAMONDS APPROXIMATELY 2.5 CTW DIAMONDS | $1,000.00 |
| 4. 14K DIAMOND BRACELET W/ APPROXIMATELY 2.5 CTW DIAMONDS 34.5 GRAMS | $1,600.00 |
| 5. 14K PENDANT WI APPROXIMATELY 0.5 CTW DIAMONDS 8 GRAMS | $325.00 |
| 6. WATCH W/14K & DIAMOND BRACELET 61.9 GRAMS | $1,250.00 |
| 7. LADIES ROLEX OYSTER PERPETUAL STAINLESS STEEL WATCH | $2,500.00 |
| | **$8,450.00** |

**EXHIBIT A/B- 39 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES**

| | |
|---|---|
| 65. SECRETARY CHAIR | $10.00 |
| 112. (2) DESK TOP COMPUTERS | $120.00 |
| 113. (2) EXECUTIVE CHAIRS | $50.00 |
| 114. (2) CONSOLE TABLES | $120.00 |
| 115. BROTHER PRINTER | $50.00 |
| 119. 2-DRAWER LATERAL FILE CABINET | $50.00 |
| 120. (3) ROLLING FILE CABINETS | $75.00 |
| 126. PAPER SHREDDER | $25.00 |
| | **$500.00** |

# APPRAISAL
# REPORT

**Prepared For:**

Kenneth & Sheila Antos
11,512 Belmont Lake Drive #101
Las Vegas, Nevada 89135

**Prepared By:**

Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada. 89052

*Member: Certified Appraisers Guild of America*

# Table of Contents

Title Page ............................................................................................................. 1

Table of Contents.................................................................................................. 2

Summary ............................................................................................................... 3

Condition of Appraisal ........................................................................................ 4

Certification of Report ......................................................................................... 4

Purpose of the Report .......................................................................................... 5

Method of Valuation............................................................................................. 5

Definition of Value............................................................................................... 5

Basis of Appraisal ................................................................................................ 5

Description ............................................................................................................ 6

Factors Affecting Value ....................................................................................... 6

Appraiser Qualifications....................................................................................... 7

Attachment "A" ................................................................................................ 8-13

Billing Statement................................................................................................. 14

Photographs.................................................................................................... 15-23

# Summary

On March 5, 2022 I personally inspected the listed personal property at 11,512 Belmont Lake Drive Las Vegas, Nevada 89135. This was done at the request of Kenneth Antos.

# Value

### Fair Market Value

The fair market replacement value for the personal property is:

**$23,415.00**

This is not the appraisal report.  The appraisal report must be read in its entirety.

# Condition of Appraisal

The value stated in this report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of this report is limited to the purpose of determining the value of the personal property for bankruptcy liquidation purposes. This report is to be used in its entirety only.

Any additional research or testimony required by the client or the court will be billed at the current rates.

Disclosure of the contents of this report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

It should be noted that Daniel C. Watson is a disinterested party in this matter. No prohibited fee was assessed for this report.

Daniel C. Watson has successfully completed the personal property appraiser certification program with the Certified Appraisers Guild of America and is a member in good standing. This report was prepared in accordance with the Standards and Practices of the Certified Appraiser Guild of America, which has review authority of this report.

Daniel C. Watson has personally examined the subject property inventory list. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

Daniel C. Watson owned Las Vegas Auction, Inc. from 1974 to April 2008 and Nellis Auction from December 2010 to November 2012 and has varied experience as an auctioneer since 1975 and as an appraiser since 1976. Mr. Watson currently is an independent auctioneer and appraiser.

Daniel C. Watson CAGA
Tax ID 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

*4*

# Purpose of the Report

The purpose of this report is to determine Fair Market Value for bankruptcy liquidation purposes.

# Method of Valuation

The method of valuation for this report is Fair Market Value based on comparable items sold at Nellis Auction and other local auction houses in the last two years, internet sales and the use of on line advertisement prices.

# Definition of Value

**Fair Market Value**

Under the United States Treasury regulation 1.170-1© Fair Market Value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or sell and both having reasonable knowledge of relevant facts.

# Basis of Appraisal

**Valuation Date**

The date of valuation for determining value is March 5, 2022.

**Limitations of Property**

There were no limitations on use or disposition of this property.

# Description

See attached list – Attachment "A"

# Factors Affecting Value

### Marketability

This merchandise is the type of items that would have a large group of potential buyers.

### Condition

The general condition of this inventory is good.

### Analysis

This merchandise is in good condition and would sell to a large group of potential bidders. The following listed prices are based on comparison to similar items sold by Nellis Auction and other local auction houses within the last two years, on line advertisements and also the use of price guides.

# Appraiser Qualifications

**Daniel C. Watson, CAGA**
**2531 Woodson Avenue**
**Henderson, Nevada 89052**

## Education

**Graduate Personal Property Appraiser**
Personal property appraiser education program
December 2009

**Certified Appraisers Guild of America**
Personal property appraiser certification program
February 1994

**Authorized Nevada Motor Vehicle Dealer**
1995-2008

**Missouri Auction School**
Auctioneer
January 1978

**Northern Arizona University**
Flagstaff, Arizona
B. S. Biochemistry
May 1971

## Work Experience

### Auctioneer and Appraiser

Forty-seven years as an Auctioneer selling a variety of furniture, antiques, jewelry, collectibles, art, restaurant equipment, medical equipment, tools, store inventories, firearms, electronics, boats, aircraft, vehicles and heavy equipment in the Las Vegas area. We sold U. S. Bankruptcy Liquidations, Clark County Public Administrator Estate and bank foreclosure auctions.

## Attachment "A"

**Jewelry:**

1. 10K TENNIS BRACELET APPROXIMATELY 3CTW DIAMONDS 19.8 GRAMS ................$1,500.00

2. 14K PENDANT W/ PAVE DIAMONDS 4.9 GRAMS ....................................................................275.00

3. 14K RING W/ PAVE DIAMONDS APPROXIMATELY 2.5CTW DIAMONDS ........................1,000.00

4. 14K DIAMOND BRACELET W/ APPROXIMATELY 2.5CTW DIAMONDS 34.5 GRAMS......1,600.00

5. 14K PENDANT W/ APPROXIMATELY 0.5CTW DIAMONDS 8 GRAMS...................................325.00

6. WATCH W/ 14K & DIAMOND BRACELET 61.9 GRAMS.......................................................1,250.00

7. LADIES ROLEX OYSTER PERPETUAL STAINLESS STEEL WATCH ..................................2,500.00

**Living Room:**

8. ROLAND POLISHED EBONY DIGITAL BABY GRAND PIANO ...........................................3,000.00

9. GLASS VASE W/ SILK FLOWERS ....................................................................................... 45.00

10. LARGE OIL PAINTING SIGNED JEN ASHTON "ABSTRACT" .................................................400.00

11. CHROME & GLASS COCKTAIL TABLE ...................................................................................100.00

12. 2PC CURVED SECTION SOFA (PET DAMAGE)........................................................................ 50.00

13. BROWN VELVET BARREL CHAIR.......................................................................................... 35.00

14. ZANETTI MURANO ART GLASS SCULPTURE ........................................................................550.00

15. FLOOR LAMP........................................................................................................................120.00

16. GLASS END TABLE................................................................................................................ 45.00

17. WICKER TABLE W/ GLASS TOP............................................................................................ 45.00

18. PR OF LARGE CERAMIC POTS .............................................................................................. 90.00

19. METAL WALL PLAQUE "CORAL"............................................................................................100.00

20. LARGE VASE W/ SILK ARRANGEMENT ................................................................................ 65.00

21. HAND BLOWN ART GLASS VASE..........................................................................................120.00

22. FRAMED OIL PAINTING UNSIGNED "FLORAL"...................................................................... 65.00

23. BOOKENDS "CATS" ............................................................................................................... 25.00

24. ROUND GLASS DINING TABLE & (4) CHAIRS.........................................................................300.00

*8*

## Attachment "A" Continued

25. DARK WOOD LIQUOR CABINET.................................................................................................200.00

26. 5' TALL VASE.......................................................................................................................... 60.00

27. CRYSTAL LEOPARD FIGURE................................................................................................ 85.00

28. FRAMED CHRISTIAN PAVLAKIS LITHOGRAPH 352/1600 "DUET IN COLORS"...................175.00

29. LARGE CRYSTAL BALL......................................................................................................... 45.00

30. CONSOLE TABLE W/ BRONZE FIGURAL BASE....................................................................400.00

31. ART GLASS VASE W/ SILK FLOWERS.................................................................................. 30.00

32. PR OF UPHOLSTERED SIDE CHAIRS ...................................................................................120.00

33. M. GODARD MIRROR ............................................................................................................ 35.00

34. 4' DISPLAY PEDESTAL..........................................................................................................150.00

35. 4' CARVED MARBLE SCULPTURE "MAN & WOMAN"...........................................................475.00

36. 6-DRAWER BUFFET CABINET...............................................................................................450.00

37. FRAMED ERIC CHRISTIANSEN GICLEE PRINT "WINE" ........................................................425.00

38. PR OF CRYSTAL CANDLE HOLDERS ....................................................................................120.00

39. CRYSTAL DROP LAMP...........................................................................................................120.00

40. LARGE ART GLASS BOTTLE................................................................................................... 50.00

41. FRAMED S. DALI ARTIST PROOF PRINT.................................................................................325.00

### Kitchen & Den:

42. FRAMED BOULANGER LITHOGRAPH 713/1000 "CHILDREN" ...............................................135.00

43. FRAMED BOULANGER PRINT................................................................................................ 20.00

44. PR OF UPHOLSTERED BARREL CHAIRS................................................................................140.00

45. BLACK LEATHER RECLINER..................................................................................................175.00

46. BROWN VELVET BARREL CHAIR........................................................................................... 35.00

47. PR OF BLACK WOOD END TABLES........................................................................................ 90.00

48. BLACK WOOD BAR CABINET.................................................................................................250.00

49. GLASS END TABLE................................................................................................................. 45.00

## Attachment "A" Continued

50. 5' VASE.................................................................................................................................... 60.00

51. M. GODARD PRINT "MARTINI"............................................................................................ 45.00

52. FRAMED LIND LITHOGRAPH 7/100 "FLORAL" ...................................................................... 75.00

53. VIZIO 24" TV........................................................................................................................ 45.00

54. FRAMED CANDER PRINT "EUROPEAN STREET SCENE"......................................................... 65.00

55. PR OF ART GLASS VASES...................................................................................................... 70.00

56. (2) BAR STOOLS ................................................................................................................... 80.00

57. FRAMED GICLEE PRINT "LADY"............................................................................................ 65.00

58. LARGE COVERED URN ......................................................................................................... 45.00

59. VASE W/ SILK FLOWERS ....................................................................................................... 25.00

60. PR OF CRYSTAL CANDLE HOLDERS ....................................................................................150.00

61. FRAMED UNSIGNED PRINT "FRUIT"...................................................................................... 25.00

62. WROUGHT IRON PLANT STAND............................................................................................ 15.00

63. (10) DECORATOR CAT FIGURES............................................................................................ 75.00

64. KEURIG COFFEE MAKER........................................................................................................ 20.00

65. SECRETARY CHAIR................................................................................................................ 10.00

66. (2) ART GLASS CHARGERS...................................................................................................100.00

67. CERAMIC VASE .................................................................................................................... 10.00

68. KITCHEN MISCELLANEOUS (POT, DISHES, UTENSILS, SMALL APPLIANCES ..................150.00

### Patio:

69. (4) PATIO CHAIRS & END TABLE .......................................................................................... 75.00

70. CAST ALUMINUM TABLE & (2) CHAIRS................................................................................. 45.00

### Garage:

71. KELVINATOR REFRIGERATOR..............................................................................................150.00

72. WIRE SHELF......................................................................................................................... 30.00

73. WALKER............................................................................................................................... 25.00

## Attachment "A" Continued

74. STEP LADDER .................................................................................................................. 20.00

75. STEP STOOL.................................................................................................................. 10.00

76. CLOTHES RACK .......................................................................................................... 15.00

77. 8' LADDER .................................................................................................................... 40.00

78. ASSORTED TOOLS........................................................................................................ 40.00

79. (2) DINING CHAIRS...................................................................................................... 70.00

80. (3) WIRE SHELF UNITS ..............................................................................................105.00

81. GARAGE MISCELLANEOUS (DECORATIONS, HOUSEHOLD CLEANING SUPPLIES, ETC.) 150.00

**Stairs:**

82. FRAMED JAPANESE PRINT ........................................................................................ 40.00

83. PR OF GOLD LEAF PICTURES....................................................................................125.00

84. BROWN ABSTRACT PAINTING UNSIGNED.............................................................. 35.00

85. FRAMED S. DALI PRINT "LINCOLN" ........................................................................ 75.00

86. FRAMED PRINT "SWAN".............................................................................................100.00

87. CERAMIC STATUE "LOVERS" .................................................................................... 35.00

88. FRUITWOOD CONSOLE TABLE .................................................................................100.00

**Master Bedroom:**

89. SHARP TV.....................................................................................................................125.00

90. BLONDE WOOD CREDENZA ......................................................................................225.00

91. VCR/DVD PLAYER........................................................................................................ 20.00

92. PR OF UPHOLSTERED CHAIRS...................................................................................100.00

93. GLASS TOP CONSOLE TABLE W/ BUTTERFLY BASE...............................................200.00

94. PR OF LAMPS................................................................................................................ 60.00

95. GLASS TOP WICKER TABLE ...................................................................................... 45.00

96. KING SIZE MATTRESS & HEADBOARD......................................................................125.00

97. (2) NIGHTSTANDS........................................................................................................120.00

*11*

## Attachment "A" Continued

98. BOOKCASE ............................................................................................................................... 50.00

99. BED BENCH ............................................................................................................................. 75.00

100. FRAMED YUROZ POSTER ..................................................................................................... 60.00

101. (4) FRAMED PENCIL DRAWINGS .........................................................................................100.00

102. ROLAND HALL MIXED MEDIA PICTURE "ABSTRACT" ......................................................250.00

103. FRAMED PRINT "ABSTRACT LADY"..................................................................................... 25.00

104. USED CLOTHING................................................................... NO COMMERCIAL RESALE VALUE

105. 3-DRAWER CHEST ................................................................................................................. 50.00

106. LAMP ........................................................................................................................................ 5.00

107. ASSORTED DVDS...................................................................................................................120.00

108. END TABLE W/ GLASS TOP ................................................................................................... 60.00

109. (3) CERAMIC VASES.............................................................................................................. 45.00

110. ART GLASS VASE ................................................................................................................... 40.00

**Bedroom 1:**

111. CURIO CABINET....................................................................................................................275.00

112. (2) DESK TOP COMPUTERS.................................................................................................120.00

113. (2) EXECUTIVE CHAIRS ........................................................................................................ 50.00

114. (2) CONSOLE TABLES...........................................................................................................120.00

115. BROTHER PRINTER................................................................................................................ 50.00

116. 24" TV...................................................................................................................................... 45.00

117. TV STAND................................................................................................................................ 15.00

118. ROLLING BED TRAY .............................................................................................................. 45.00

119. 2-DRAWER LATERAL FILE CABINET.................................................................................... 50.00

120. (3) ROLLING FILE CABINETS ............................................................................................... 75.00

121. VASE W/ DRIED ARRANGEMENT.......................................................................................... 25.00

122. ASSORTED SMALL DECORATOR ITEMS.............................................................................100.00

## Attachment "A" Continued

123. FRAMED S. DALI PRINT "MELTING CLOCKS" ............................................................. 90.00

124. BAR REFRIGERATOR ................................................................................................... 50.00

125. FRAMED S. DALI ABSTRACT PRINT ......................................................................... 50.00

126. PAPER SHREDDER ...................................................................................................... 25.00

127. SMALL STEREO ........................................................................................................... 15.00

128. FRAMED PRINT "MUSICIANS" .................................................................................. 25.00

129. FRAMED PRINT "COURT" ......................................................................................... 35.00

130. (2) FRAMED BOULANGER PRINTS "CHILDREN" ................................................... 30.00

131. FRAMED M. CHAGALL POSTER ............................................................................... 50.00

Total ................................................................................................................. **$23,415.00**

*13*

# Billing Statement

March 5, 2022

Kenneth & Sheila Antos
11,512 Belmont Lake Drive #101
Las Vegas, Nevada 89135

RE: Personal Property Appraisal /

3 hours @ $75.00 per hour=$225.00)

**APPRAISAL FEE** .................................................................... **$225.00**

PLEASE REMIT TO: Daniel C. Watson
2531 Woodson Avenue
Henderson, Nevada 89052

# Thank you!

*14*